Fill in this information to identify your case:

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Information Solutions, Inc. (d/b/a Refuge Golf & Country Club)** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Refuge Golf & Country Club** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-0439370** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3275 N. Latrobe Dr.** <br> **Lake Havasu City, AZ 86404** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Mohave** | Location of principal assets, if different from principal place of business |
| County | **3103 London Bridge Rd. Lake Havasu City, AZ 86404** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **http://www.refugecountryclub.com/** |

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

**A.** *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

**B.** *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     7139

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*

  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☒ No
- ☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**    **3275 N. Latrobe Dr.**
**Lake Havasu City, AZ, 86404-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.   Insurance agency    **The Mahoney Group**

       Contact name    **Jake Sanders**

       Phone    **702.736.3671**

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 17, 2017**

              MM / DD / YYYY

**X /s/ Jerry Aldridge**              **Jerry Aldridge**

Signature of authorized representative of debtor    Printed name

Title   **President**

**18. Signature of attorney**

**X /s/ John R. Worth**         Date  **May 17, 2017**

Signature of attorney for debtor              MM / DD / YYYY

**John R. Worth**

Printed name

**Forrester & Worth, PLLC**

Firm name

**3636 N. Central Ave., Ste. 700**
**Phoenix, AZ 85012-1927**

Number, Street, City, State & ZIP Code

Contact phone  **(602) 258-2729**    Email address  **jrw@forresterandworth.com**

**012950**

Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Information Solutions, Inc. (d/b/a Refuge Golf & Country Club)**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 17, 2017**      X **/s/ Jerry Aldridge**
                                               Signature of individual signing on behalf of debtor

                                               **Jerry Aldridge**
                                               Printed name

                                               **President**
                                               Position or relationship to debtor

| Debtor name | **Information Solutions, Inc. (d/b/a Refuge Golf & Country Club)** |
|---|---|
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arizona Department of Revenue P.O. Box 29070 Phoenix, AZ 85038** | | **Unpaid sales taxes** | | | | **$90,495.00** |
| **Bursey & Associates, PC 6740 N Oracle Rd., Ste. 151 Tucson, AZ 85704** | | | | | | **$18,841.00** |
| **Campbell Redi-Mix 1510 Copper Drive Lake Havasu City, AZ 86403** | | trade payable | | | | **$4,585.00** |
| **Cindy Aldridge 4041 Vega Dr. Lake Havasu City, AZ 86404** | | Loan | | | | **$1,266,273.00** |
| **Crop Production Services, Inc. 7020 W. Warm Springs Road Suite 140 Las Vegas, NV 89113** | | trade payable | | | | **$26,470.00** |
| **Tom Gonzales 1200 W. Cypress Rd. Fort Lauderdale, FL 33309** | | Lease/Purchase agreement 75 Golf Cars | | | | **$8,995.00** |
| **GS Media PO Box 9290 Oxnard, CA 93031** | | trade payable | | | | **$4,045.00** |
| **Home Depot Credit Services Dept. 32 PO Box 9001030 Louisville, KY 40290** | | trade payable | | | | **$4,776.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Horizon Community Bank**<br>**225 N Lake Havasu Ave.**<br>**Lake Havasu City, AZ 86403** | | **GOLF COURSE, COUNTRY CLUB, AND WATER RIGHTS:**<br>**Sales Office: 3103 London Bridge Rd.**<br>**Clubhouse: 3275 N. Latrobe Dr.**<br>**Tract 3701 Parcel A Golf 53.51 a** | | **$4,017,536.00** | **$2,000,000.00** | **$2,017,536.00** |
| **Lou Hunt**<br>**P O Box 1013**<br>**Lake Havasu City, AZ 86405** | | Loan | | | | **$4,006.00** |
| **Lake Havasu City**<br>**PO Box 80016**<br>**Lake Havasu City, AZ 86403** | | utility | | | | **$225,663.00** |
| **Mahoney Group**<br>**6029 S. Rainbow Blvd.**<br>**Las Vegas, NV 89118** | | trade payable | | | | **$9,029.00** |
| **Northstar Technologies, Inc.**<br>**3650 Mansell Rd. Suite #225**<br>**Alpharetta, GA 30022** | | trade payable | | | | **$10,437.00** |
| **Perkins Coie, LLP**<br>**Attn: Carl Foster**<br>**1201 3rd Ave. Ste. 4800**<br>**Seattle, WA 98101** | | **GOLF COURSE, COUNTRY CLUB, AND WATER RIGHTS:**<br>**Sales Office: 3103 London Bridge Rd.**<br>**Clubhouse: 3275 N. Latrobe Dr.**<br>**Tract 3701 Parcel A Golf 53.51 a** | | **$4,657,804.00** | **$2,000,000.00** | **$4,657,804.00** |
| **Sam Nichols Electrical**<br>**66 Capri Lane**<br>**Lake Havasu City, AZ 86403** | | trade payable | | | | **$6,039.00** |
| **Shamrock Foods Company PHX**<br>**PO Box 52438**<br>**Phoenix, AZ 85072** | | trade payable | | | | **$3,093.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sysco Arizona Inc. P.O. Box 23430 Phoenix, AZ 85063** | | **trade payable** | | | | **$4,999.00** |
| **The Refuge Comm Assoc c/o Penny Koepke Maxwell & Morgan PC 4854 E. Baseline Rd., Ste. 104 Mesa, AZ 85206** | | **Judgments - Mohave County Case No. CV2010-1563** | **Unliquidated** | | | **$2,304,329.00** |
| **UniSource PO Box 80079 Prescott, AZ 86304** | | **Unpaid Utility Bills** | | | | **$6,538.00** |
| **Visa PO Box 569100 Dallas, TX 75356** | | **trade payable** | | | | **$2,700.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor name    **Information Solutions, Inc. (d/b/a Refuge Golf & Country Club)**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................   $   **2,000,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................   $   **61,335.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................   $   **2,061,335.00**

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $   **8,697,133.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $   **130,571.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$   **3,952,977.00**

4. **Total liabilities** ................................................................................................................................
   Lines 2 + 3a + 3b     $   **12,780,681.00**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 0:17-bk-05481-MCW     Doc 1     Filed 05/17/17     Entered 05/17/17 14:14:53     Desc
Main Document     Page 9 of 88

Fill in this information to identify the case:

Debtor name **Information Solutions, Inc. (d/b/a Refuge Golf & Country Club)**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.        **Cash on hand** | **$1,100.00** |

3.        **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **Horizon Community Bank** | **Checking** | **7770** | **$66.00** |
| 3.2.  **Chase Bank** | **Checking** | **1068** | **$21.00** |

4.        **Other cash equivalents** *(Identify all)*

5.        **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$1,187.00** |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**11.** **Accounts receivable**

11a. 90 days old or less: **16,842.00** - **0.00** = .... **$16,842.00**

face amount  doubtful or uncollectible accounts

11b. Over 90 days old: **5,024.00** - **0.00** =.... **$5,024.00**

face amount  doubtful or uncollectible accounts

**12.** **Total of Part 3.** **$21,866.00**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** Pro shop inventory | 5/1/17 | Unknown | Recent cost | $13,257.00 |
| **22.** **Other inventory or supplies** Food and alcohol in restaurant | 5/1/17 | Unknown | Recent cost | $25,025.00 |

**23.** **Total of Part 5.** **$38,282.00**

Add lines 19 through 22. Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value **25025** Valuation method **Recent Cost** Current Value **21887**

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Information Solutions, Inc. (d/b/a Refuge Golf & Country Club)**
_____    Case number (If known) _____
          Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.    **Crops-either planted or harvested** | | | |
| 29.    **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30.    **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 31.    **Farm and fishing supplies, chemicals, and feed Pestcides, fertilizer, and seeds; current value estimated at $3,000 (included in value of course listed listed at question 55)** | **Unknown** | | **Unknown** |

32.    **Other farming and fishing-related property not already listed in Part 6**

33.    **Total of Part 6.**
       Add lines 28 through 32.  Copy the total to line 85.

| | |
|---|---|
| | **$0.00** |

**34.    Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.    Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**36.    Is a depreciation schedule available for any of the property listed in Part 6?**
■ No
☐ Yes

**37.    Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** **Sales office equipment and furniture (current value included in value of course and club listed on question 55)** | **$43,821.00** | | **Unknown** |

Debtor    **Information Solutions, Inc. (d/b/a Refuge Golf &**
          **Country Club)**                                    Case number (If known) _____
          Name

| | | |
|---|---|---|
| 40. | **Office fixtures**<br>**Dining room and lounge (current value**<br>**included in value of course and club listed on**<br>**question 55)** | $69,242.00 | Unknown |

| | | |
|---|---|---|
| 41. | **Office equipment, including all computer equipment and**<br>**communication systems equipment and software**<br>**Computer equipment, northstar equipment,**<br>**and other software (current value included in**<br>**value of course and club listed on question 55)** | $248,334.00 | Unknown |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.

   $0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No
   ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Fitness, kitchen, and theatre equipment**<br>**(current value included in value of course and**<br>**club listed on question 55)** | $162,733.00 | | Unknown |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy
Case 0:17-bk-05481-MCW    Doc 1    Filed 05/17/17    Entered 05/17/17 14:14:53    Desc
Main Document      Page 13 of 88

| | | | |
|---|---|---|---|
| **used course maintenance equipment (current value included in value of course and club listed on question 55)** **Includes:** **2010 Simpson TORO Blower 290000809;** **2010 Simpson TORO Greens mower 310000265;** **2010 Simpson TORO Greensmower 319999293;** **2010 Thatching Reel Kit 29000076/747/748;** **2010 Reelmaster TORO 3100 290000116;** **20 I 0 Reelmastcr TORO 5510 290000265.** | **$128,816.00** | | **Unknown** |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    | | |
    |---|---|
    | | **$0.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.

    ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **GOLF COURSE, COUNTRY CLUB, AND WATER RIGHTS: Sales Office: 3103 London Bridge Rd. Clubhouse: 3275 N. Latrobe Dr. Tract 3701 Parcel A Golf 53.51 acres Tract 3701 Parcel B Golf 18.56 acres T14N R20W Sec 20 Parcel C 11.50 acres Tract 3701 Parcel D Golf 33.96 acres Tract 3701 Parcel F Golf 3.86 acres** | **Fee simple** | **Unknown** | **N/A** | **$2,000,000.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 56. | **Total of Part 9.** | | $2,000,000.00 |
|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** <br> **www.refugecountryclub.com** | Unknown | | Unknown |
| 62.   **Licenses, franchises, and royalties** <br> **Private club liquor license, and beer and wine package license** | Unknown | | Unknown |
| 63.   **Customer lists, mailing lists, or other compilations** <br> **Membership List, see list attached to Schedule G** | Unknown | | Unknown |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

| 66. | **Total of Part 10.** | | $0.00 |
|---|---|---|---|

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☐ No
    ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor     **Information Solutions, Inc. (d/b/a Refuge Golf &**
           **Country Club)**                                    Case number *(If known)*
           Name

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    **14 acre foot potable water rights for 95 years (value included with value of golf course listed on line 55)**     **Unknown**

78. **Total of Part 11.**                                      **$0.00**
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Information Solutions, Inc. (d/b/a Refuge Golf &**
          **Country Club)**                                      Case number *(If known)* _____
          Name

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,187.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $21,866.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $38,282.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $2,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $61,335.00 | + 91b. $2,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,061,335.00 |

Debtor name **Information Solutions, Inc. (d/b/a Refuge Golf & Country Club)**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

**2.1** **American Express Bank, FSB**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**UCC 2015-003-0320-9 (all assets)**

Column A: **Unknown**    Column B: **Unknown**

**4315 S. 2700 West**
**Salt Lake City, UT 84184**
Creditor's mailing address

**Describe the lien**
**All assets of debtor**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**9/3/2015**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** **Corporation Service Company**
Creditor's Name
**PO Box 2576**
**Lake Havasu City, AZ 86404**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC 2014-002-8887-9 (credit card processing accounts)**

Column A: **Unknown**    Column B: **Unknown**

**Describe the lien**
**All assets of debtor**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**9/18/2014**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case 0:17-bk-05481-MCW    Doc 1    Filed 05/17/17    Entered 05/17/17 14:14:53    Desc
Main Document      Page 18 of 88

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 | **Horizon Community Bank** |
|---|---|
| | Creditor's Name |

**Describe debtor's property that is subject to a lien**
**GOLF COURSE, COUNTRY CLUB, AND WATER RIGHTS:**
**Sales Office: 3103 London Bridge Rd.**
**Clubhouse: 3275 N. Latrobe Dr.**
**Tract 3701 Parcel A Golf 53.51 acres**
**Tract 3701 Parcel B Golf 18.56 acres**
**T14N R20W Sec 20 Parcel C 11.50 acres**
**Tract 3**

$4,017,536.00          $2,000,000.00

**225 N Lake Havasu Ave.**
**Lake Havasu City, AZ**
**86403**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0001**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Horizon Community Bank**
**2. Perkins Coie, LLP**
**3. T.R. Orr, Inc.**

---

| 2.4 | **Perkins Coie, LLP** |
|---|---|
| | Creditor's Name |

**Describe debtor's property that is subject to a lien**
**GOLF COURSE, COUNTRY CLUB, AND WATER RIGHTS:**
**Sales Office: 3103 London Bridge Rd.**
**Clubhouse: 3275 N. Latrobe Dr.**
**Tract 3701 Parcel A Golf 53.51 acres**
**Tract 3701 Parcel B Golf 18.56 acres**
**T14N R20W Sec 20 Parcel C 11.50 acres**
**Tract 3**

$4,657,804.00          $2,000,000.00

**Attn: Carl Foster**
**1201 3rd Ave. Ste. 4800**
**Seattle, WA 98101**
Creditor's mailing address

**Describe the lien**
**Deed of trust and assignment of rents**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/1/2013**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 0:17-bk-05481-MCW    Doc 1    Filed 05/17/17    Entered 05/17/17 14:14:53    Desc
Main Document          Page 19 of 88

Name

- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.3**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.5 | **T.R. Orr, Inc.** |
|---|---|
Creditor's Name

| Describe debtor's property that is subject to a lien | $21,793.00 | $2,000,000.00 |
|---|---|---|

**GOLF COURSE, COUNTRY CLUB, AND WATER RIGHTS:**
**Sales Office: 3103 London Bridge Rd.**
**Clubhouse: 3275 N. Latrobe Dr.**
**Tract 3701 Parcel A Golf 53.51 acres**
**Tract 3701 Parcel B Golf 18.56 acres**
**T14N R20W Sec 20 Parcel C 11.50 acres**
**Tract 3**

**3965 N. Bank Street**
**Kingman, AZ 86409**
Creditor's mailing address

**Describe the lien**
**mechanics lien**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**3/15/2017**
**Last 4 digits of account number**
**2169**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $8,697,133.00 |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Dan Barr**<br>**Perkins Coie LLP**<br>**2901 N. Central Ave Ste 2000**<br>**Phoenix, AZ 85012-2788** | Line **2.4** | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Case 0:17-bk-05481-MCW    Doc 1    Filed 05/17/17    Entered 05/17/17 14:14:53    Desc
Main Document    Page 20 of 88

Debtor name    **Information Solutions, Inc. (d/b/a Refuge Golf & Country Club)**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Arizona Department of Revenue**<br>**P.O. Box 29070**<br>**Phoenix, AZ 85038** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$90,495.00** | **$90,495.00** |
| | Date or dates debt was incurred<br>**10/26/16-current** | Basis for the claim:<br>**Unpaid sales taxes** | | |
| | Last 4 digits of account number **2491**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Employees** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Accrued, but unpaid wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      26034      Best Case Bankruptcy

| Debtor | **Information Solutions, Inc. (d/b/a Refuge Golf & Country Club)** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,076.00 | $33,001.00 |
|---|---|---|---|---|

**Wessing Deposits**
**See attached list**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $880.00 |
|---|---|---|---|

**A&E Services**
**289 Lake Havasu Ave S**
**Suite 200**
**Lake Havasu City, AZ 86403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **trade payable**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $178.00 |
|---|---|---|---|

**A.D. Williams Turf Sprayers**
**29921 W. Roosevelt St.**
**Buckeye, AZ 85396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **trade payable**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**ALBA**
**77 East Columbus Avenue**
**Suite #102**
**Phoenix, AZ 85012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **trade payable**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,094.00 |
|---|---|---|---|

**Alsco**
**4707 W. Camelback Road**
**Phoenix, AZ 85031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **trade payable**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alternator Specialties**
**1944 West  Acoma Blvd. Unit D**
**Lake Havasu City, AZ 86404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **trade payable**

Last 4 digits of account number

Is the claim subject to offset?  ■ No  ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**American Graphics**
**2210 College Dr.**
**Lake Havasu City, AZ 86403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,610.00** |
|---|---|---|---|

**Arizona Golf Association**
**7600 East Redfield Road #130**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |
|---|---|---|---|

**Arizona Womens Golf**
**Association**
**141 East Palm Lane #210**
**Phoenix, AZ 85004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,635.00** |
|---|---|---|---|

**Back to Basics**
**1930 Mesquite Ave, Suite 2**
**Lake Havasu City, AZ 86403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$315.00** |
|---|---|---|---|

**Baker Commodities Inc.**
**3602 W. Elmwood**
**Phoenix, AZ 85009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,007.00** |
|---|---|---|---|

**Bob's Electric Motors**
**2030 Holly Avenue**
**Suite 3**
**Lake Havasu City, AZ 86403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$793.00** |
|---|---|---|---|

**Bridgestone Golf**
**PO Box 2908**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 0:17-bk-05481-MCW   Doc 1   Filed 05/17/17   Entered 05/17/17 14:14:53   Desc
Main Document    Page 23 of 88

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,841.00 |
|---|---|---|---|

**Bursey & Associates, PC**
6740 N Oracle Rd., Ste. 151
Tucson, AZ 85704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,319.00 |
|---|---|---|---|

**Callaway Golf**
PO Box 9002
Carlsbad, CA 92018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $809.00 |
|---|---|---|---|

**Calton's Office Equipment**
PO Box 2878
Lake Havasu City, AZ 86405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,585.00 |
|---|---|---|---|

**Campbell Redi-Mix**
1510 Copper Drive
Lake Havasu City, AZ 86403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Card Service Center**
P O Box 569120
Dallas, TX 75356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number **0187**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,266,273.00 |
|---|---|---|---|

**Cindy Aldridge**
4041 Vega Dr.
Lake Havasu City, AZ 86404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**City Center Executive Plaza**
PO Box 2460
Lake Havasu City, AZ 86405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/13/17**

Basis for the claim: **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Don Clark**
**1425 McCulloch Blvd. Ste C**
**Lake Havasu City, AZ 86403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/16/16**

Basis for the claim: **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$597.00** |
|---|---|---|---|

**Club Forms**
**100-C Bishop St.**
**Winston Salem, NC 27104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Copper Point**
**P O Box 33069**
**Phoenix, AZ 85067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number **1130**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Cox Media**
**PO Box 105353**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Craig Fire Protection**
**2051 Holly Ave. # 102**
**Lake Havasu City, AZ 86403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,470.00** |
|---|---|---|---|

**Crop Production Services, Inc.**
**7020 W. Warm Springs Road**
**Suite 140**
**Las Vegas, NV 89113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$950.00** |
|---|---|---|---|

**Crowther Engineering**
**473 S. River Rd. #1-144 St.**
**Saint George, UT 84790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
|---|---|---|---|

**Culligan of Havasu**
2161 W. Acoma Blvd.
Lake Havasu City, AZ 86403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $331.00 |
|---|---|---|---|

**Deco Foodservice**
700 W. Broadway
PO Box 915
Needles, CA 92363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,850.00 |
|---|---|---|---|

**Dockside Storage LLC**
930 Port Drive
Lake Havasu City, AZ 86403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Feb 2017**

Basis for the claim: **Unpaid Rent**

Last 4 digits of account number **41**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.00 |
|---|---|---|---|

**Ecolab**
PO Box 100512
Pasadena, CA 91189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.00 |
|---|---|---|---|

**Eisinger Smith, Inc.**
PO Box 5008
Golden, CO 80401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,207.00 |
|---|---|---|---|

**Farmer Brothers**
PO Box 79705
City of Industry, CA 91716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gift Card Recipients**
**See attached list**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Issued gift cards**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 0:17-bk-05481-MCW    Doc 1    Filed 05/17/17    Entered 05/17/17 14:14:53    Desc
Main Document      Page 26 of 88

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Tom Gonzales**<br>**1200 W. Cypress Rd.**<br>**Fort Lauderdale, FL 33309**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Lease/Purchase agreement 75 Golf Cars__<br><br>Is the claim subject to offset? ■ No ☐ Yes      **$8,995.00** |

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**GS Media**<br>**PO Box 9290**<br>**Oxnard, CA 93031**<br><br>Date(s) debt was incurred __various__<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __trade payable__<br><br>Is the claim subject to offset? ■ No ☐ Yes      **$4,045.00** |

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Havasu Pest Control**<br>**2761 Maricopa Ave.**<br>**Lake Havasu City, AZ 86406**<br><br>Date(s) debt was incurred __various__<br>Last 4 digits of account number __3292__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __trade payable__<br><br>Is the claim subject to offset? ■ No ☐ Yes      **$346.00** |

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Hicks Cooling & Heating**<br>**2030 Holly Avenue**<br>**Suite 4**<br>**Lake Havasu City, AZ 86403**<br><br>Date(s) debt was incurred __various__<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __trade payable__<br><br>Is the claim subject to offset? ■ No ☐ Yes      **$1,299.00** |

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Lloyd Hightower**<br>**1830 E. Tradition Lane**<br>**Lake Havasu City, AZ 86404**<br><br>Date(s) debt was incurred __7/25/16__<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Loan__<br><br>Is the claim subject to offset? ■ No ☐ Yes      **Unknown** |

| | | |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Home Depot**<br>**Credit Services Dept. 32**<br>**PO Box 9001030**<br>**Louisville, KY 40290**<br><br>Date(s) debt was incurred __various__<br>Last 4 digits of account number __4526__ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __trade payable__<br><br>Is the claim subject to offset? ■ No ☐ Yes      **$4,776.00** |

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**John Hughes**<br>**4217 Colt Dr.**<br>**Lake Havasu City, AZ 86404**<br><br>Date(s) debt was incurred __10/30/12__<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Sale/leaseback of golf course maintenance equipment__<br><br>Is the claim subject to offset? ■ No ☐ Yes      **Unknown** |

Case 0:17-bk-05481-MCW    Doc 1    Filed 05/17/17    Entered 05/17/17 14:14:53    Desc
Main Document     Page 27 of 88

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,006.00 |
| --- | --- | --- | --- |

**Lou Hunt**
**P O Box 1013**
**Lake Havasu City, AZ 86405**

Date(s) debt was incurred  **10/31/16**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92.00 |
| --- | --- | --- | --- |

**Independent Electric Supply**
**PO Box 749793**
**Los Angeles, CA 90074**

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade payable**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67.00 |
| --- | --- | --- | --- |

**Jack's Auto Parts**
**1551 Palo Verde Blvd**
**Lake Havasu City, AZ 86403**

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade payable**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
| --- | --- | --- | --- |

**JacobsenWest**
**P.O. Box 101282**
**Pasadena, CA 91189**

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade payable**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225,663.00 |
| --- | --- | --- | --- |

**Lake Havasu City**
**PO Box 80016**
**Lake Havasu City, AZ 86403**

Date(s) debt was incurred  **various**

Last 4 digits of account
number  **3022;4692;5046;5050;3330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **utility**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,300.00 |
| --- | --- | --- | --- |

**Lamar Companies**
**PO Box 96030**
**Baton Rouge, LA 70896**

Date(s) debt was incurred  **various**

Last 4 digits of account number  **3281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade payable**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.00 |
| --- | --- | --- | --- |

**Larson Equipment Co.**
**1950 Holly Ave.**
**Lake Havasu City, AZ 86404**

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade payable**

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| | **Ed Little** | ☐ Contingent |
| | **3875 Hillington Lane** | ☐ Unliquidated |
| | **Lake Havasu City, AZ 86404** | ☐ Disputed |
| | Date(s) debt was incurred  _9/27/16_ | **Basis for the claim:**  **Loan** |
| | Last 4 digits of account number _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| | **London Bridge Plumbing inc** | ☐ Contingent |
| | **PO Box 3567** | ☐ Unliquidated |
| | **Lake Havasu City, AZ 86405** | ☐ Disputed |
| | Date(s) debt was incurred  _various_ | **Basis for the claim:**  **trade payable** |
| | Last 4 digits of account number _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$810.00**

| | | |
|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| | **Mahoney Group** | ☐ Contingent |
| | **6029 S. Rainbow Blvd.** | ☐ Unliquidated |
| | **Las Vegas, NV 89118** | ☐ Disputed |
| | Date(s) debt was incurred  _various_ | **Basis for the claim:**  **trade payable** |
| | Last 4 digits of account number _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$9,029.00**

| | | |
|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| | **Masonry & More** | ☐ Contingent |
| | **3479 McCulloch Blvd.** | ☐ Unliquidated |
| | **Lake Havasu City, AZ 86406** | ☐ Disputed |
| | Date(s) debt was incurred  _various_ | **Basis for the claim:**  **trade payable** |
| | Last 4 digits of account number _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$2,000.00**

| | | |
|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| | **Mohave County Health Dept.** | ☐ Contingent |
| | **2001 College Drive** | ☐ Unliquidated |
| | **Suite 95 LHC** | ☐ Disputed |
| | **Lake Havasu City, AZ 86403** | |
| | Date(s) debt was incurred  _various_ | **Basis for the claim:**  **trade payable** |
| | Last 4 digits of account number _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**$340.00**

| | | |
|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| | **Mohave Security LHC** | ☐ Contingent |
| | **P O Box 2397** | ☐ Unliquidated |
| | **Lake Havasu City, AZ 86405** | ☐ Disputed |
| | Date(s) debt was incurred  _various_ | **Basis for the claim:**  **trade payable** |
| | Last 4 digits of account number _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| | **Bill Newman** | ☐ Contingent |
| | **25211 W. McMillin Drive** | ☐ Unliquidated |
| | **Channahon, IL 60410** | ☐ Disputed |
| | Date(s) debt was incurred  _10/21/16_ | **Basis for the claim:**  **Loan** |
| | Last 4 digits of account number _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case 0:17-bk-05481-MCW    Doc 1    Filed 05/17/17    Entered 05/17/17 14:14:53    Desc
Main Document    Page 29 of 88

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,437.00 |
|---|---|---|---|

**Northstar Technologies, Inc.**
**3650 Mansell Rd. Suite #225**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Perkins Coie, LLP**
**Attn: Carl Foster**
**1201 3rd Ave. Ste. 4800**
**Seattle, WA 98101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/1/2013**

Basis for the claim: **Sales Office: 3103 London Bridge Rd.**
**Clubhouse: 3275 N. Latrobe Dr.**
**Tract 3701 Parcel A Golf 53.51 acres**
**Tract 3701 Parcel B Golf 18.56 acres**
**T14N R20W Sec 20 Parcel C 11.50 acres**
**Tract 3701 Parcel D Golf 33.96 acres**
**Tract 3701 Parc**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235.00 |
|---|---|---|---|

**Pitney Bowes**
**PO Box 371887**
**Pittsburgh, PA 15250-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.00 |
|---|---|---|---|

**Praxair Distribution**
**PO Box 120812**
**Dept 0812**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number **BV25**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $365.00 |
|---|---|---|---|

**Premier Golf Cars**
**2707 Maricopa Ave.**
**Lake Havasu City, AZ 86406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297.00 |
|---|---|---|---|

**Private Club Network**
**330 S. Warminster Rd.**
**Suite 360**
**Hatboro, PA 19040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Information Solutions, Inc. (d/b/a Refuge Golf & Country Club)** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$919.00** |
|---|---|---|---|
| | **Purchase Power**<br>**PO Box 371874**<br>**Pittsburgh, PA 15250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _various_ | **Basis for the claim:** _trade payable_ | |
| | **Last 4 digits of account number** _2267_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$209.00** |
|---|---|---|---|
| | **R&R Products, Inc.**<br>**3334 East Milber Street**<br>**Tucson, AZ 85714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _various_ | **Basis for the claim:** _trade payable_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,900.00** |
|---|---|---|---|
| | **Raymond W. Stadler, P.E.**<br>**2504 Airfield Court**<br>**Kingman, AZ 86401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _various_ | **Basis for the claim:** _trade payable_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Realtor Sign Service**<br>**P O Box 1825**<br>**Lake Havasu City, AZ 86405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _various_ | **Basis for the claim:** _trade payable_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$171.00** |
|---|---|---|---|
| | **Republic Services**<br>**PO Box 78829**<br>**Phoenix, AZ 85062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _various_ | **Basis for the claim:** _trade payable_ | |
| | **Last 4 digits of account number** _3124_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Rj Marketing Concepts**<br>**1990 McCulloch Blvd N**<br>**Ste D 161**<br>**Lake Havasu City, AZ 86404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _various_ | **Basis for the claim:** _trade payable_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,039.00** |
|---|---|---|---|
| | **Sam Nichols Electrical**<br>**66 Capri Lane**<br>**Lake Havasu City, AZ 86403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _various_ | **Basis for the claim:** _trade payable_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Shelly Sanders**
**1320 Longshore Lane**
**Lake Havasu City, AZ 86404**

Date(s) debt was incurred  6/11/12

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $222.00 |
| --- | --- | --- | --- |

**Sesac**
**59 Music Square East**
**Nashville, TN 37203**

Date(s) debt was incurred  various

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,093.00 |
| --- | --- | --- | --- |

**Shamrock Foods Company PHX**
**PO Box 52438**
**Phoenix, AZ 85072**

Date(s) debt was incurred  various

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $640.00 |
| --- | --- | --- | --- |

**Shoreline Plumbing**
**781 N. Lake Havasu Ave. #2**
**Lake Havasu City, AZ 86403**

Date(s) debt was incurred  various

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203.00 |
| --- | --- | --- | --- |

**Simpson Norton**
**4144 S. Bullard Avenue**
**Goodyear, AZ 85338**

Date(s) debt was incurred  various

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259.00 |
| --- | --- | --- | --- |

**South Side Signs**
**2800 Sweetwater Ave. Ste A101**
**Lake Havasu City, AZ 86406**

Date(s) debt was incurred  various

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,210.00 |
| --- | --- | --- | --- |

**Sparkletts**
**PO Box 1370**
**Lake Havasu City, AZ 86405**

Date(s) debt was incurred  various

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade payable**

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $809.00 |
|---|---|---|---|

**Star Nursery**
**4140 Stockton Hill Road**
**Kingman, AZ 86409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Suddenlink**
**P.O. Box 660365**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/8/17**

Basis for the claim: **Unpaid Utility Bills**

Last 4 digits of account number **8601**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**Suddenlink**
**P.O. Box 660365**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/15/17**

Basis for the claim: **Unpaid Utility Bills**

Last 4 digits of account number **0501**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Support Payment Clearinghouse**
**P O Box 52107**
**Phoenix, AZ 85072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number **3800**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard Swettenam**
**2408 Pima Drive South**
**Lake Havasu City, AZ 86403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/21/16**

Basis for the claim: **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,141.00 |
|---|---|---|---|

**Swire Coca-Cola**
**PO Box 1625**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,999.00 |
|---|---|---|---|

**Sysco Arizona Inc.**
**P.O. Box 23430**
**Phoenix, AZ 85063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **trade payable**

Last 4 digits of account number **8814**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | T.R. Orr, Inc.<br>3965 N. Bank Street<br>Kingman, AZ 86409 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Mechanic's Lien 2017-012169** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,304,329.00 |
|---|---|---|---|
| | The Refuge Comm Assoc<br>c/o Penny Koepke<br>Maxwell & Morgan PC<br>4854 E. Baseline Rd., Ste. 104<br>Mesa, AZ 85206 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017** | Basis for the claim: **Judgments - Mohave County Case No. CV2010-1563** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Brian Thienes<br>c/o Franklyn D. Jeans<br>Beus Gilbert PLLC<br>701 N. 44th St.<br>Phoenix, AZ 85008 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2017** | Basis for the claim: **Duplicate listing for The Refuge Community Association** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,270.00 |
|---|---|---|---|
| | Thyssenkrupp Elevator<br>PO Box 933004<br>Atlanta, GA 31193 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **trade payable** | |
| | Last 4 digits of account number **2912** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315.00 |
|---|---|---|---|
| | Titleist<br>PO Box 88112<br>Chicago, IL 60695 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **trade payable** | |
| | Last 4 digits of account number **0156** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $999.00 |
|---|---|---|---|
| | Tri-State Rentals<br>82 North Lake Havasu Ave<br>Lake Havasu City, AZ 86403 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **trade payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $423.00 |
|---|---|---|---|
| | Turf Control<br>18521 E. Queen Creek Road<br>Suite 105-153<br>Queen Creek, AZ 85142 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **trade payable** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,538.00 |
|------|--------|--------|--------|

**3.89**

Nonpriority creditor's name and mailing address

**UniSource**
**PO Box 80079**
**Prescott, AZ 86304**

Date(s) debt was incurred __2/27/17__

Last 4 digits of account number __0000__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Utility Bills__

Is the claim subject to offset? ■ No ☐ Yes

**$6,538.00**

---

**3.90**

Nonpriority creditor's name and mailing address

**Visa**
**PO Box 569100**
**Dallas, TX 75356**

Date(s) debt was incurred __various__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade payable__

Is the claim subject to offset? ■ No ☐ Yes

**$2,700.00**

---

**3.91**

Nonpriority creditor's name and mailing address

**Jim Washburn**
**1936 North Willow Glen Pl.**
**Star, ID 83669**

Date(s) debt was incurred __11/7/14__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.92**

Nonpriority creditor's name and mailing address

**Wells Fargo Bank N.A.**
**PO Box 51043**
**Los Angeles, CA 90051**

Date(s) debt was incurred __various__

Last 4 digits of account number __1404__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade payable__

Is the claim subject to offset? ■ No ☐ Yes

**$468.00**

---

**3.93**

Nonpriority creditor's name and mailing address

**West Coast Sand & Gravel**
**PO Box 5067**
**Buena Park, CA 90622**

Date(s) debt was incurred __various__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade payable__

Is the claim subject to offset? ■ No ☐ Yes

**$1,550.00**

---

**3.94**

Nonpriority creditor's name and mailing address

**Western Alarm Service**
**2029 W. Acoma Blvd.**
**Lake Havasu City, AZ 86403**

Date(s) debt was incurred __various__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __trade payable__

Is the claim subject to offset? ■ No ☐ Yes

**$1,851.00**

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------|--------|--------|

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Lake Havasu City**<br>**Attorney's Office**<br>**2330 McCullock Blvd. N.**<br>**Lake Havasu City, AZ 86406** | Line **3.45**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Alan Meda**<br>**Burch & Cracchiolo, P.A.**<br>**702 E. Osborn Rd., Ste. 200**<br>**Phoenix, AZ 85014** | Line **3.84**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Alan Meda**<br>**Burch & Cracchiolo, P.A.**<br>**702 E. Osborn Rd., Ste. 200**<br>**Phoenix, AZ 85014** | Line **3.83**<br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 130,571.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,952,977.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,083,548.00 |

| Date of Wedding | Name | Amount | Name | Mailing address | Mailing address |
|---|---|---|---|---|---|
| | Tin Man Golf Tournament | $ (545.50) | Desert Turtle, Ent | 2593 Rainbow Ct. | Lake Havasu City, AZ 86403 |
| 5/20/2017 | McLachlan-Frink | $ (7,500.00) | Joanne Witek | 19758 Bromley Ln. | Huntington Beach CA 92646 |
| 5/20/2017 | McLachlan-Frink | $ (3,500.00) | Travis Frink | 19758 Bromley Ln. | Huntington Beach CA 92646 |
| 6/30/2017 | Bogue | $ (1,476.87) | Ashlei Bogue | PO BOX 265 | Sumner, WA 98390 |
| 7/4/2017 | Snook | $ (2,250.00) | Bob & Jamie Yockin | 329 W. Meadow Dr. | Mechanicsburg, PA 17055 |
| 10/4/2017 | Sullivan | $ (950.00) | Shawny Sullivan | 1710 Avalon Ave | Lake Havasu City, AZ 86404 |
| 10/8/2017 | Mockridge | $ (1,500.00) | Jenny Mockridge | 3550 Bay Sands Dr. Unit 2046 | Laughlin, NV 89029 |
| 10/14/2017 | Williams | $ (3,325.00) | Nicole Williams | 3415 S Palo Verde Blvd. | Lake Havasu City, AZ 86404 |
| 11/11/2017 | Smeltzer/Wood | $ (2,500.00) | Lauren Wood | 2120 E. Skyline Dr. | Flagstaff, AZ 86004 |
| 11/11/2017 | Smeltzer/Wood | $ (1,500.00) | Jeremy Smeltzer | 5280 S. Downey Rd. | Fort Mohave, AZ 86426 |
| 11/18/2017 | Cordola-Scharbrough | $ (1,800.00) | Dominick Cordola | 3639 Bluecrest Drive | Lake Havasu City, AZ 86406 |
| 1/27/2018 | Greenwood | $ (2,475.00) | Fenix Greenwood | 709 S Kofa Ave | Parker AZ, 85344 |
| 3/17/2018 | Rowse | $ (3,500.00) | Samantha Rowse | 1065 Rolling Hills Dr. | Lake Havasu City, AZ 86406 |
| 5/18/2017 | Perez | $ (500.00) | Jennifer Perez | 44221 Galion Ave | Lancaster CA 93536 |
| 10/6/2018 | Lotts | $ (2,100.00) | Andrew Lotts | 9026 W Flower St | Phoenix AZ 85037 |
| 3/10/2018 | Lacoste | $ (3,599.00) | Priscilla La Coste | 15578 N Peak Lane | Fontana, CA 92336 |
| 3/23/2018 | Sundelius | $ (1,600.00) | Sundelius | 1990 Catfish Cove | Lake Havasu City, AZ 86404 |
| | **TOTAL** | **$ (40,075.87)** | | | |

| Gift Card | Holder Name | Issue Amount | Redeemed Amount | Balance | Status | Issue Date |
|-----------|-------------|--------------|-----------------|---------|--------|------------|
| 20160702388 | - 2016 Twilight Players Club Card | $100.00 | $56.10 | $43.90 | Active | 7/8/2016 |
| 201612151129 | 928 Home Guide | $189.00 | $105.74 | $83.26 | Active | 1/12/2017 |
| 20173016119 | 928 Home Guide Apr Inv | $189.00 | $0.00 | $189.00 | Active | 4/18/2017 |
| 20173016118 | 928 Home Guide Mar Inv | $189.00 | $0.00 | $189.00 | Active | 4/18/2017 |
| 20161223152 | AD's PAY - 14 MFAD Gift Cards with tax ($125.96 per round) | $125.96 | $118.56 | $7.40 | Active | 2/2/2017 |
| 20161223178 | AD's PAY - 14 MFAD Gift Cards with tax ($125.96 per round) | $125.96 | $0.00 | $125.96 | Active | 2/2/2017 |
| 20161223177 | AD's PAY - 14 MFAD Gift Cards with tax ($125.96 per round) | $125.96 | $0.00 | $125.96 | Active | 2/2/2017 |
| 20161223176 | AD's PAY - 14 MFAD Gift Cards with tax ($125.96 per round) | $125.96 | $0.00 | $125.96 | Active | 2/2/2017 |
| 20161223175 | AD's PAY - 14 MFAD Gift Cards with tax ($125.96 per round) | $125.96 | $0.00 | $125.96 | Active | 2/2/2017 |
| 20161223157 | AD's PAY - 14 MFAD Gift Cards with tax ($125.96 per round) | $125.96 | $0.00 | $125.96 | Active | 2/2/2017 |
| 20161223156 | AD's PAY - 14 MFAD Gift Cards with tax ($125.96 per round) | $125.96 | $0.00 | $125.96 | Active | 2/2/2017 |
| 20161223155 | AD's PAY - 14 MFAD Gift Cards with tax ($125.96 per round) | $125.96 | $0.00 | $125.96 | Active | 2/2/2017 |
| 20161223154 | AD's PAY - 14 MFAD Gift Cards with tax ($125.96 per round) | $125.96 | $0.00 | $125.96 | Active | 2/2/2017 |
| 20161223151 | AD's PAY - 14 MFAD Gift Cards with tax ($125.96 per round) | $125.96 | $0.00 | $125.96 | Active | 2/2/2017 |
| 20161223150 | AD's PAY - 14 MFAD Gift Cards with tax ($125.96 per round) | $125.96 | $0.00 | $125.96 | Active | 2/2/2017 |
| 2016043 0253 | Al Davis | $50.00 | $15.35 | $34.65 | Active | 5/19/2016 |
| 20173016108 | Al Morrison | $100.00 | $0.00 | $100.00 | Active | 4/13/2017 |
| 20160318245 | Alan Morelli - Summer Players Club Card | $50.00 | $39.17 | $10.83 | Active | 4/7/2016 |
| 20173016156 | Allen St. Germaine | $100.00 | $0.00 | $100.00 | Active | 5/10/2017 |
| 20160514938 | Allen St. Germain - 2016 Twilight Players Club Card - 12 rounds @ .01 | $100.00 | $98.97 | $1.03 | Active | 7/2/2016 |
| 20161223141 | Alyssa Morris | $225.00 | $72.14 | $152.86 | Active | 1/27/2017 |
| 201608260347 | Angela Palmer - PLAT007 - PLATINUM PLAYER | $500.00 | $360.91 | $139.09 | Active | 11/22/2016 |
| PLAT007 | Angela Palmer - PLAT007 - PLATINUM PLAYER - 100 rounds @ .10 | $1.00 | $0.40 | $0.60 | Active | 11/22/2016 |
| 20160318217 | Angela Palmer - Silver Players Club Card | $200.00 | $0.00 | $200.00 | Active | 3/9/2016 |
| 20161223180 | Annual F&B Balance - Tad Jones - Membership Withdrawal | $989.80 | $50.47 | $939.33 | Active | 2/4/2017 |
| 20160702375 | Arthur Schillberg - 2016 Twilight Players Club Card - 12 rounds @ .01 | $100.00 | $84.70 | $15.30 | Active | 7/5/2016 |
| 201608231147 | Barbara Pontious | $300.00 | $102.04 | $197.96 | Active | 9/16/2016 |
| 20161223194 | Bertha Avalos | $225.00 | $0.00 | $225.00 | Active | 2/17/2017 |
| 201608 26239 | Bill Asebroek | $100.00 | $0.00 | $100.00 | Active | 12/1/2016 |
| 20170216950 | Bill Cline | $100.00 | $0.00 | $100.00 | Active | 4/12/2017 |
| 201608261257 | Bill Holthaus | $430.00 | $414.95 | $15.05 | Active | 10/27/2016 |
| 20173016148 | Bill Merritt summer club players club resort card | $50.00 | $0.00 | $50.00 | Active | 5/15/2017 |
| 20173016147 | Bill Merritt summer players club resort credit | $50.00 | $0.00 | $50.00 | Active | 5/15/2017 |
| 20173016134 | Bill Merritt- summer players resort card $50 | $50.00 | $0.00 | $50.00 | Active | 5/1/2017 |
| 20160422244 | Bill Morgan | $12.50 | $0.00 | $12.50 | Active | 5/2/2016 |
| 201611230360 | Bill Morgan | $25.00 | $0.00 | $25.00 | Active | 12/13/2016 |
| 20160472 0241 | Bill Pearce | $50.00 | $0.00 | $50.00 | Active | 5/15/2016 |
| 201608261246 | Bill Spellane | $200.00 | $32.82 | $167.18 | Active | 10/10/2016 |
| 20160213960 | Bob & Candy Smith | $50.00 | $30.14 | $19.86 | Active | 4/7/2016 |
| 20173016109 | Bob Hede | $100.00 | $0.00 | $100.00 | Active | 4/13/2017 |
| 20160706136 | Bob Hesson - Silver Players Club Card - 12 rounds @ .01 | $200.00 | $177.40 | $22.60 | Active | 7/20/2016 |
| 20173016152 | Bob Sturner | $50.00 | $0.00 | $50.00 | Active | 5/6/2017 |
| 201608260309 | Bonnie Strobbe / Susan Biedler - PLAT005 - PLATINUM PLAYER | $500.00 | $287.42 | $212.58 | Active | 11/19/2016 |
| PLAT005 | Bonnie Strobbe / Susan Biedler - PLAT005 - PLATINUM PLAYER - 100 | $1.00 | $0.58 | $0.42 | Active | 11/19/2016 |
| 20161223185 | Brad Buschke | $25.00 | $23.20 | $1.80 | Active | 2/8/2017 |
| PLAT032 | Brad Richards - PLAT032 | $1.00 | $0.05 | $0.95 | Active | 2/15/2017 |
| 20161223191 | Brad Richards - PLAT032 | $500.00 | $101.00 | $399.00 | Active | 2/15/2017 |
| 20170204526 | Brandon Montez - Happy Birthday | $25.00 | $0.00 | $25.00 | Active | 3/4/2017 |
| 20161215928 | Brian Davis | $100.00 | $0.00 | $100.00 | Active | 1/16/2017 |
| 20160702383 | Brian Larson - 2016 Twilight Players Club Card - 12 rounds @ .01 | $100.00 | $93.92 | $6.08 | Active | 7/5/2016 |
| 20160318218 | Brian Stephens - Silver Players Club Card | $200.00 | $199.97 | $0.03 | Active | 3/9/2016 |
| 20161215929 | Brian Stifora | $100.00 | $73.23 | $26.77 | Active | 1/16/2017 |
| PLAT031 | Bryan & Denise Little - Platinum Player - PLAT031 | $0.96 | $0.38 | $0.58 | Active | 4/5/2017 |
| 20161223183 | Bryan & Denise Little - Platinum Players - PLAT031 | $500.00 | $36.70 | $463.30 | Active | 2/7/2017 |
| 20151117375 | Bryant Christensen - Entertainment | $849.53 | $449.35 | $400.18 | Active | 12/18/2015 |
| 20160721246 | Candis Maes Happy Birthday | $25.00 | $0.00 | $25.00 | Active | 8/2/2016 |
| 20161111251 | Carlene Foster - Black Friday Gift Card Sale | $100.00 | $61.95 | $38.05 | Active | 11/29/2016 |
| 20160721335 | Carol Totcke | $200.00 | $124.90 | $75.10 | Active | 8/31/2016 |
| 20161223182 | Carol Totcke | $250.00 | $0.00 | $250.00 | Active | 2/4/2017 |
| PLAT030 | Carol Totcke / Opal Wheeler - Platinum Players Club Card | $1.00 | $0.42 | $0.58 | Active | 2/4/2017 |
| 201611111255 | Cathy Sainsbury - Black Friday Gift Card Sale | $1,000.00 | $440.05 | $559.95 | Active | 11/30/2016 |
| 20160107920 | Charity Gift Certificate | $25.00 | $0.00 | $25.00 | Active | 1/14/2016 |
| 20160514871 | Charlie & Judith Finck - 2016 Twilight Players Club Card | $100.00 | $0.00 | $100.00 | Active | 7/2/2016 |
| 20160514870 | Charlie & Judith Finck - 2016 Twilight Players Club Card - 12 rounds @ .01 | $100.00 | $23.13 | $76.87 | Active | 7/1/2016 |
| 201612151124 | Charlotte Thillmann or Jeffrey Williams - Gift Card Purchase | $250.00 | $114.95 | $135.05 | Active | 12/28/2016 |
| 201604272048 | Chris Leonard | $50.00 | $7.00 | $43.00 | Active | 5/11/2016 |
| 201608231145 | Chuck Moore - Twilight Players Club | $100.00 | $15.35 | $84.65 | Active | 9/9/2016 |
| 201608261261 | Cindy Aldridge | $25.00 | $0.00 | $25.00 | Active | 10/27/2016 |
| 201612151133 | Clarence Jost | $500.00 | $460.27 | $39.73 | Active | 2/2/2017 |
| PLAT034 | Clarence Jost - Platinum Player Rounds - 100 rounds @ .01 | $1.00 | $0.28 | $0.72 | Active | 2/21/2017 |
| 201611020345 | Colleen Andersen - PLAT013 - PLATINUM PLAYER | $500.00 | $103.82 | $396.18 | Active | 11/22/2016 |
| PLAT013 | Colleen Andersen - PLAT013 - PLATINUM PLAYER - 100 rounds @ .01 | $1.00 | $0.39 | $0.61 | Active | 11/22/2016 |
| 20160702377 | Connie Borowsky - 2016 Twilight Players Club Card - 12 rounds @ .01 | $100.00 | $85.21 | $14.79 | Active | 7/5/2016 |
| 20160430243 | D. Bannister 2016 Summer Players Club Card | $50.00 | $0.00 | $50.00 | Active | 5/10/2016 |
| 201608231158 | Dale Rieth Gold Players Club | $350.00 | $297.62 | $52.38 | Active | 10/9/2016 |
| 20160422307 | Dan Esse | $50.00 | $0.00 | $50.00 | Active | 5/6/2016 |
| 20160706154 | Dan Keil - Gold Players Club Card - 24 rounds @ .01 | $350.00 | $339.56 | $10.44 | Active | 7/22/2016 |
| 20160514815 | Dan ZUmer 2016 Summer Players Club Card | $50.00 | $36.41 | $13.59 | Active | 5/24/2016 |
| 201611230430 | Danny Murphy | $50.00 | $0.01 | $49.99 | Active | 12/14/2016 |
| 20160430258 | Dave & Rosemary Eaton | $50.00 | $0.00 | $50.00 | Active | 5/28/2016 |
| 20160514827 | Dave Allar | $200.00 | $0.00 | $200.00 | Active | 6/16/2016 |
| 20160410502 | Dave Hubert | $74.60 | $51.87 | $22.73 | Active | 4/28/2016 |
| 20173016155 | David De Risio | $50.00 | $0.00 | $50.00 | Active | 5/10/2017 |
| 20170216952 | Debbie Smith | $100.00 | $0.00 | $100.00 | Active | 4/12/2017 |

| Gift Card | Holder Name | Issue Amount | Redeemed Amount | Balance | Status | Issue Date |
|---|---|---|---|---|---|---|
| 201730161511 | Dennis Gillman | $50.00 | $0.00 | $50.00 | Active | 5/5/2017 |
| 20160826238 | Dennis Klasse - PLAT017 - PLATINUM PLAYER | $500.00 | $83.13 | $416.87 | Active | 11/23/2016 |
| PLAT017 | Dennis Klasse - PLAT017 - PLATINUM PLAYER - 100 rounds @ .01 | $1.00 | $0.25 | $0.75 | Active | 11/23/2016 |
| 2016042702555 | Dennis Mueller Retirement Tournament Prize | $50.00 | $41.33 | $8.67 | Active | 5/7/2016 |
| 2016042702551 | Dennis Mueller Retirement Tournament Prize | $25.00 | $0.00 | $25.00 | Active | 5/7/2016 |
| 2016042702552 | Dennis Mueller Retirement Tournament Prize | $25.00 | $0.00 | $25.00 | Active | 5/7/2016 |
| 2016042702554 | Dennis Mueller Retirement Tournament Prize | $50.00 | $0.00 | $50.00 | Active | 5/7/2016 |
| 201730161022 | Dennis Wasik - 2017 Summer Players Club Card | $50.00 | $0.00 | $50.00 | Active | 4/6/2017 |
| 20161223122 | Derek Bannister | $100.00 | $0.00 | $100.00 | Active | 1/30/2017 |
| 2016082311227 | Diane Bishop | $100.00 | $99.60 | $0.40 | Active | 9/22/2016 |
| 20160826124 | Diane Loh | $200.00 | $182.59 | $17.41 | Active | 10/12/2016 |
| 201603182227 | Dianna Soltesz | $125.00 | $0.00 | $125.00 | Active | 3/24/2016 |
| 201608262411 | don and lonny hester | $500.00 | $0.00 | $500.00 | Active | 12/13/2016 |
| 20160402748 | Don Bliss Summer Players Club Card | $50.00 | $0.00 | $50.00 | Active | 4/9/2016 |
| 20160826235 | Don Collyer - PLAT020 - PLATINUM PLAYER | $500.00 | $137.23 | $362.77 | Active | 11/25/2016 |
| PLAT020 | Don Collyer - PLAT020 - PLATINUM PLAYER - 100 rounds @ .01 | $1.00 | $0.50 | $0.50 | Active | 11/26/2016 |
| 2016112303550 | Don Galyean - Black Friday Gift Card Purchase | $100.00 | $15.53 | $84.47 | Active | 12/3/2016 |
| 20160106352 | Don Julio Tournament 01.09.2016 - WINNER | $50.00 | $0.00 | $50.00 | Active | 1/9/2016 |
| 2016082311255 | Don Loucks | $100.00 | $89.87 | $10.13 | Active | 9/14/2016 |
| 201730161388 | Don Loucks | $50.00 | $0.00 | $50.00 | Active | 5/3/2017 |
| 2016082612666 | Don Schneider | $100.00 | $82.56 | $17.44 | Active | 11/13/2016 |
| 201730161122 | Don Shatzer | $100.00 | $0.00 | $100.00 | Active | 4/17/2017 |
| 201650514826 | Don Wisdom | $100.00 | $0.00 | $100.00 | Active | 6/15/2016 |
| 2016110203544 | Donald Karnes | $60.00 | $0.00 | $60.00 | Active | 11/26/2016 |
| 201730161444 | Donna Ash | $50.00 | $0.00 | $50.00 | Active | 5/5/2017 |
| 201607212600 | Donna Denunno | $350.00 | $98.68 | $251.32 | Active | 8/20/2016 |
| 2014103020224888 | Dony Garcia - Security | $1,867.50 | $1,339.75 | $527.75 | Active | 12/11/2014 |
| 2016082311177 | Doug & Kathy Milne | $100.00 | $34.38 | $65.62 | Active | 9/7/2016 |
| 2016082311333 | Doug Acret | $350.00 | $312.61 | $37.39 | Active | 9/30/2016 |
| 201612231799 | Doug Browning | $20.00 | $0.00 | $20.00 | Active | 2/3/2017 |
| 201607212366 | doug carr twilight resort credit 100.00 | $100.00 | $11.12 | $88.88 | Active | 8/13/2016 |
| 201730161411 | Doug Etten - Twilight Players Club Card | $100.00 | $0.00 | $100.00 | Active | 4/22/2017 |
| 20160514836 | Douglas Bock 2016 Summer Players Club Card Fathers Day Special | $100.00 | $42.42 | $57.58 | Active | 6/18/2016 |
| 2016110203588 | Dr. Jeff Carls - PLAT021 - PLATINUM PLAYER | $500.00 | $128.72 | $371.28 | Active | 11/26/2016 |
| PLAT021 | Dr. Jeff Carls - PLAT021 - PLATINUM PLAYER - 100 rounds @ .01 | $1.00 | $0.17 | $0.83 | Active | 11/26/2016 |
| 2016070615511 | Duane Kraus - Twilight Players Club Card - 12 rounds @ .01 | $100.00 | $83.22 | $16.78 | Active | 7/21/2016 |
| 201612231255 | Dwain Curl | $100.00 | $99.93 | $0.07 | Active | 1/23/2017 |
| 2016110203488 | Ed Foster - PLAT009 - PLATINUM PLAYER | $500.00 | $379.61 | $120.39 | Active | 11/22/2016 |
| PLAT009 | Ed Foster - PLAT009 - PLATINUM PLAYER - 100 rounds @ .01 | $1.00 | $0.45 | $0.55 | Active | 11/22/2016 |
| 2015031420154266 | Ed Hoffman | $384.08 | $285.18 | $98.90 | Active | 5/5/2015 |
| 2016011169211 | Eric Neal - ProShop | $1,190.00 | $713.45 | $476.55 | Active | 2/4/2016 |
| 201611111258 | Eugene Clark - Black Friday Gift Card Sale | $100.00 | $89.97 | $10.03 | Active | 11/30/2016 |
| 2016082612533 | Frechette - Deposit Reimbursement | $1,000.00 | $349.21 | $650.79 | Active | 10/14/2016 |
| 2016082612544 | Frechette - Deposit Reimbursement | $1,000.00 | $0.00 | $1,000.00 | Active | 10/14/2016 |
| 2016082311377 | Fredrick Poulson | $350.00 | $314.48 | $35.52 | Active | 10/6/2016 |
| 2016051483150 | Garrett Mindhen | $50.00 | $0.00 | $50.00 | Active | 6/25/2016 |
| PLAT035 | Gary & Jody Kaun | $1.00 | $0.05 | $0.95 | Active | 2/28/2017 |
| 201612231999 | Gary & Jody Kaun | $500.00 | $0.00 | $500.00 | Active | 2/28/2017 |
| 201730161611 | Gary Allenby | $50.00 | $0.00 | $50.00 | Active | 5/10/2017 |
| 2016121143700 | Gary Fries --Black Friday Gift Card Purchase | $100.00 | $0.00 | $100.00 | Active | 12/20/2016 |
| 201607212633 | Gaynor Vivian Twi Light Players Club | $100.00 | $54.96 | $45.04 | Active | 8/22/2016 |
| 201604223100 | Gene Minden | $50.00 | $0.00 | $50.00 | Active | 5/6/2016 |
| PLAT026 | Gene Wiggins - Platinum Players Club Card | $1.00 | $0.93 | $0.07 | Active | 1/5/2017 |
| 2016121511344 | George Knight | $200.00 | $51.35 | $148.65 | Active | 2/21/2017 |
| 2016121519444 | Gerry Dockendorf - PLATINUM PLAYER | $500.00 | $83.09 | $416.91 | Active | 12/23/2016 |
| PLAT025 | Gerry Dockendorf - PLATINUM PLAYER - 100 rounds @ .01 | $1.00 | $0.21 | $0.79 | Active | 12/23/2016 |
| 2016042702466 | gift from bruce weaver to police captian | $103.73 | $0.00 | $103.73 | Active | 5/8/2016 |
| 201605148577 | Gilbert Barron 2016 Summer Players Club Card | $100.00 | $76.95 | $23.05 | Active | 6/16/2016 |
| 201605148633 | Gregory Jones - 2016 Gold Players Club Card | $580.00 | $49.46 | $530.54 | Active | 6/23/2016 |
| 2016121143555 | Gregory Shearer--Black Friday Gift Card Sale | $250.00 | $0.00 | $250.00 | Active | 12/15/2016 |
| 201511173633 | Gustafson | $75.00 | $59.80 | $15.20 | Active | 12/1/2015 |
| 201607061600 | Happy Birthday - Bill Morgan | $25.00 | $0.00 | $25.00 | Active | 7/26/2016 |
| 201433309444 | Havasu News Herald | $100.00 | $77.31 | $22.69 | Active | 9/18/2014 |
| 2016012295222 | Havasu News Herald | $50.00 | $0.00 | $50.00 | Active | 1/22/2016 |
| 2016012295000 | Havasu News Herald | $50.00 | $0.00 | $50.00 | Active | 1/22/2016 |
| 2016012294999 | Havasu News Herald | $50.00 | $0.00 | $50.00 | Active | 1/22/2016 |
| 2016012294888 | Havasu News Herald | $50.00 | $0.00 | $50.00 | Active | 1/22/2016 |
| 2016012294777 | Havasu News Herald | $50.00 | $0.00 | $50.00 | Active | 1/22/2016 |
| 201433309211 | Havasu News Herald | $100.00 | $0.00 | $100.00 | Active | 9/18/2014 |
| 201433309222 | Havasu News Herald | $100.00 | $0.00 | $100.00 | Active | 9/18/2014 |
| 201433309233 | Havasu News Herald | $100.00 | $0.00 | $100.00 | Active | 9/18/2014 |
| 201433309255 | Havasu News Herald | $100.00 | $0.00 | $100.00 | Active | 9/18/2014 |
| 201433309266 | Havasu News Herald | $100.00 | $0.00 | $100.00 | Active | 9/18/2014 |
| 201433309277 | Havasu News Herald | $100.00 | $0.00 | $100.00 | Active | 9/18/2014 |
| 201433309288 | Havasu News Herald | $100.00 | $0.00 | $100.00 | Active | 9/18/2014 |
| 201433309344 | Havasu News Herald | $100.00 | $0.00 | $100.00 | Active | 9/18/2014 |
| 201433309388 | Havasu News Herald | $100.00 | $0.00 | $100.00 | Active | 9/18/2014 |
| 201433309399 | Havasu News Herald | $100.00 | $0.00 | $100.00 | Active | 9/18/2014 |
| 201433309400 | Havasu News Herald | $100.00 | $0.00 | $100.00 | Active | 9/18/2014 |
| 201433309433 | Havasu News Herald | $100.00 | $0.00 | $100.00 | Active | 9/18/2014 |
| 201433309455 | Havasu News Herald | $100.00 | $0.00 | $100.00 | Active | 9/18/2014 |
| 201433309466 | Havasu News Herald | $100.00 | $0.00 | $100.00 | Active | 9/18/2014 |
| 201433309377 | Havasu News Herald | $100.00 | $0.00 | $100.00 | Active | 9/18/2014 |
| 201433309355 | Havasu News Herald | $100.00 | $0.00 | $100.00 | Active | 9/18/2014 |
| 201502013933 | Havasu News Herald | $100.00 | $0.00 | $100.00 | Active | 2/6/2015 |
| 201502013888 | Havasu News Herald | $100.00 | $0.00 | $100.00 | Active | 2/6/2015 |

| Gift Card | Holder Name | Issue Amount | Redeemed Amount | Balance | Status | Issue Date |
|---|---|---|---|---|---|---|
| 20150201386 | Havasu News Herald | $100.00 | $0.00 | $100.00 | Active | 2/6/2015 |
| 20150201384 | Havasu News Herald | $100.00 | $0.00 | $100.00 | Active | 2/6/2015 |
| 20150201382 | Havasu News Herald | $100.00 | $0.00 | $100.00 | Active | 2/6/2015 |
| 20160122945 | Havasu News Herald | $100.00 | $0.00 | $100.00 | Active | 1/22/2016 |
| 20150201396 | Havasu News Herald | $1,000.00 | $850.85 | $149.15 | Active | 2/6/2015 |
| 20173016128 | Helmut Thillmann | $50.00 | $0.00 | $50.00 | Active | 4/24/2017 |
| 20160706142 | Hugh Long - Gold Players Club Card - 24 rounds @ .01 | $350.00 | $200.93 | $149.07 | Active | 7/20/2016 |
| 20161214358 | Jackie Stemkoski | $350.00 | $0.00 | $350.00 | Active | 12/15/2016 |
| 20160721238 | Jackie Turcotte | $50.00 | $0.00 | $50.00 | Active | 8/12/2016 |
| 20173016114 | Jacob Pickard | $50.00 | $0.00 | $50.00 | Active | 4/19/2017 |
| 20173016115 | Jacob Pickard | $50.00 | $0.00 | $50.00 | Active | 4/19/2017 |
| 20161223121 | Jacob Pickard | $60.00 | $0.00 | $60.00 | Active | 1/30/2017 |
| 20160514858 | James Dickson 2016 Summer Players Club Card - Fathers Day Special | $50.00 | $30.78 | $19.22 | Active | 6/16/2016 |
| 20173016113 | James Gietl | $50.00 | $0.00 | $50.00 | Active | 4/19/2017 |
| 20160422255 | James Gray | $50.00 | $42.11 | $7.89 | Active | 5/1/2016 |
| 20173016126 | James Gray | $100.00 | $0.00 | $100.00 | Active | 4/23/2017 |
| 20160213942 | James Lund Silver Players Club Card | $200.00 | $123.38 | $76.62 | Active | 2/24/2016 |
| 20160318232 | James Pautot - Silver Players Club Card | $200.00 | $38.23 | $161.77 | Active | 3/29/2016 |
| 20160823139 | James Schueler | $100.00 | $0.00 | $100.00 | Active | 10/6/2016 |
| 20173016137 | james tassio summer plauers club card resort credit | $50.00 | $0.00 | $50.00 | Active | 5/2/2017 |
| 20173016139 | James Tobin | $50.00 | $0.00 | $50.00 | Active | 5/3/2017 |
| 20161215931 | Jan Darrow | $100.00 | $50.25 | $49.75 | Active | 1/16/2017 |
| 20160826237 | Jane Hubler - PLAT019 - PLATINUM PLAYER | $500.00 | $285.95 | $214.05 | Active | 11/25/2016 |
| PLAT019 | Jane Hubler - PLAT019 - PLATINUM PLAYER - 100 rounds @ .01 | $1.00 | $0.37 | $0.63 | Active | 11/26/2016 |
| 20161223197 | Jeff & Kristie Swaim | $100.00 | $0.00 | $100.00 | Active | 2/22/2017 |
| 20160823152 | Jeff Carls | $100.00 | $0.00 | $100.00 | Active | 10/7/2016 |
| 20160826267 | Jeff Collins | $62.45 | $0.00 | $62.45 | Active | 11/10/2016 |
| 20160721238 | Jeff Mckerrell | $60.00 | $0.00 | $60.00 | Active | 8/31/2016 |
| 20160409947 | Jeff Tanner | $50.00 | $0.00 | $50.00 | Active | 4/23/2016 |
| 20161215934 | Jeff Wikre | $250.00 | $162.50 | $87.50 | Active | 12/21/2016 |
| 201611020357 | Jeff Wikre Black Friday Gift Card Sale | $500.00 | $38.54 | $461.46 | Active | 11/26/2016 |
| 20160213955 | Jerry Horstman Silver Players Club Card | $200.00 | $34.77 | $165.23 | Active | 3/8/2016 |
| 201608261268 | Jesse & Karen McCollum - PLAT016 - PLATINUM PLAYER | $500.00 | $0.00 | $500.00 | Active | 11/23/2016 |
| PLAT016 | Jesse & Karen McCollum - PLAT016 - PLATINUM PLAYER - 100 rounds @ .01 | $1.00 | $0.10 | $0.90 | Active | 11/23/2016 |
| 20160410506 | Jim & Chris Washburn | $25.00 | $0.00 | $25.00 | Active | 4/26/2016 |
| 20173016129 | Jim Ackley | $50.00 | $33.77 | $16.23 | Active | 4/25/2017 |
| 201608260348 | Jim Bittle - PLAT010 - PLATINUM PLAYER | $500.00 | $80.28 | $419.72 | Active | 11/22/2016 |
| PLAT010 | Jim Bittle - PLAT010 - PLATINUM PLAYER - 100 rounds @ .01 | $1.00 | $0.11 | $0.89 | Active | 11/22/2016 |
| 20170216962 | Jim Martin - Happy Birthday | $25.00 | $20.64 | $4.36 | Active | 3/17/2017 |
| 20160318219 | Jim Spiers - Silver Players Club Card | $200.00 | $187.49 | $12.51 | Active | 3/22/2016 |
| 20160402746 | Jim Tassio Summer Players Club Card | $50.00 | $26.61 | $23.39 | Active | 4/12/2016 |
| 20161111257 | joe archie | $104.79 | $0.00 | $104.79 | Active | 12/17/2016 |
| 20170216954 | john borow summers player club resort credit | $50.00 | $0.00 | $50.00 | Active | 4/12/2017 |
| 200407 | john borow summers playrs club card 10 rounds @ .01 | $0.10 | $0.00 | $0.10 | Active | 4/12/2017 |
| 20170216951 | John Ratcliffe | $60.00 | $0.00 | $60.00 | Active | 4/13/2017 |
| 20160409935 | Judi Cartier - Refund for Unused Vouchers - $276.00 | $276.00 | $0.00 | $276.00 | Active | 4/15/2016 |
| 20160430247 | K. O'Brien 2016 Summer Players Club Card | $50.00 | $0.00 | $50.00 | Active | 5/14/2016 |
| 20160430249 | K. O'Brien 2016 Summer Players Club Card | $50.00 | $0.00 | $50.00 | Active | 5/14/2016 |
| 201611230356 | Karen Kelly / Tristan Pelayes - Black Friday Gift Card Sale | $500.00 | $0.00 | $500.00 | Active | 12/7/2016 |
| 20160213959 | Karl Kreutziger Lot Purchase Gift | $150.00 | $0.00 | $150.00 | Active | 3/14/2016 |
| 201608261263 | Karla Dunavant | $25.00 | $9.63 | $15.37 | Active | 10/27/2016 |
| 201608231156 | Kathy Franks | $110.00 | $0.00 | $110.00 | Active | 10/9/2016 |
| 20173016121 | Keith McIntyre | $50.00 | $0.00 | $50.00 | Active | 4/21/2017 |
| 201608260350 | Kelly Watson - PLAT012 - PLATINUM PLAYER | $500.00 | $113.36 | $386.64 | Active | 11/22/2016 |
| PLAT012 | Kelly Watson - PLAT012 - PLATINUM PLAYER - 100 rounds @ .01 | $1.00 | $0.08 | $0.92 | Active | 11/22/2016 |
| 201608261251 | Ken Mitchell - Event Staffing | $730.00 | $642.22 | $87.78 | Active | 10/11/2016 |
| 201608260306 | Ken Nickle - PLAT001 - PLATINUM PLAYER | $500.00 | $214.28 | $285.72 | Active | 11/19/2016 |
| PLAT001 | Ken Nickle - PLAT001 - PLATINUM PLAYER - 100 rounds @ .01 | $1.00 | $0.35 | $0.65 | Active | 11/19/2016 |
| PLAT033 | Ken Patterson - PLAT033 | $1.00 | $0.27 | $0.73 | Active | 2/15/2017 |
| 20161223192 | Ken Patterson - PLAT033 | $500.00 | $357.46 | $142.54 | Active | 2/15/2017 |
| 201611020349 | Kent Carlson - PLAT008 - PLATINUM PLAYER | $500.00 | $429.15 | $70.85 | Active | 11/22/2016 |
| PLAT008 | Kent Carlson - PLAT008 - PLATINUM PLAYER - 100 rounds @ .01 | $1.00 | $0.83 | $0.17 | Active | 11/22/2016 |
| 20160721242 | keri windmueller | $50.00 | $27.94 | $22.06 | Active | 7/31/2016 |
| 201604270234 | Kimberly LaParne | $105.00 | $0.00 | $105.00 | Active | 5/6/2016 |
| 20161223145 | Knight Of Murder | $25.00 | $0.00 | $25.00 | Active | 1/28/2017 |
| 20161223146 | Knight Of Murder Winner | $25.00 | $0.00 | $25.00 | Active | 1/28/2017 |
| 20161223188 | Kurt Schmoll | $25.00 | $0.00 | $25.00 | Active | 2/8/2017 |
| 201604270256 | Lankenau | $100.00 | $0.00 | $100.00 | Active | 5/7/2016 |
| 20161214366 | Lannis Allmaras - $500.00 Gift Card - Black Friday Sale | $500.00 | $477.53 | $22.47 | Active | 12/20/2016 |
| 201611230411 | Larry | $10.00 | $0.00 | $10.00 | Active | 12/17/2016 |
| 20160402662 | Larry & Karen Wittle | $25.00 | $0.00 | $25.00 | Active | 4/12/2016 |
| 20161214379 | Larry Cairo | $100.00 | $0.00 | $100.00 | Active | 1/13/2017 |
| 201608231159 | Larry Nelson Twilight Players Club | $100.00 | $32.35 | $67.65 | Active | 10/9/2016 |
| 20161223139 | Larry Spohn - Replacement Gift Card | $104.72 | $103.74 | $0.98 | Active | 1/18/2017 |
| 20160706137 | Leonard Husted - Twilight Players Club Card - 12 rounds @ .01 | $100.00 | $84.32 | $15.68 | Active | 7/20/2016 |
| 20173016117 | Lillian & Robert Grausnick | $50.00 | $0.00 | $50.00 | Active | 5/4/2017 |
| 201608231132 | Lillian & Robert Grausnick | $100.00 | $47.98 | $52.02 | Active | 9/29/2016 |
| 20160422313 | Linda Seaver from your Secret Sister | $25.00 | $0.00 | $25.00 | Active | 5/3/2016 |
| 20161223196 | Linda Settlemire | $20.00 | $0.00 | $20.00 | Active | 2/17/2017 |
| 20160721282 | Lonnie Even Twi Light Players | $100.00 | $77.80 | $22.20 | Active | 9/1/2016 |
| 201611230354 | Lonny Matzdorf - Black Friday Gift Card Sale | $100.00 | $26.41 | $73.59 | Active | 12/6/2016 |
| 20160107966 | Luke Still | $64.61 | $0.00 | $64.61 | Active | 2/6/2016 |
| 20160721267 | Lyle Danenberger | $200.00 | $84.58 | $115.42 | Active | 8/27/2016 |
| 201608261256 | Manager Comp Account | $100.00 | $82.56 | $17.44 | Active | 10/19/2016 |
| 20160106357 | Manager Comp Account | $283.00 | $196.10 | $86.90 | Active | 1/19/2016 |
| 20160826243 | Manager Comp Account | $675.18 | $264.48 | $410.70 | Active | 11/3/2016 |

| Gift Card | Holder Name | Issue Amount | Redeemed Amount | Balance | Status | Issue Date |
|---|---|---|---|---|---|---|
| 2016011020353 | Margie Smith - PLAT018 - PLATINUM PLAYER | $100.00 | $53.72 | $46.28 | Active | 11/23/2016 |
| 2016011020350 | Margie Smith - PLAT018 - PLATINUM PLAYER | $100.00 | $0.00 | $100.00 | Active | 11/23/2016 |
| 2016011020351 | Margie Smith - PLAT018 - PLATINUM PLAYER | $100.00 | $0.00 | $100.00 | Active | 11/23/2016 |
| 2016011020352 | Margie Smith - PLAT018 - PLATINUM PLAYER | $100.00 | $0.00 | $100.00 | Active | 11/23/2016 |
| PLAT018 | Margie Smith - PLAT018 - PLATINUM PLAYER - 100 rounds @ .01 | $1.00 | $0.31 | $0.69 | Active | 11/23/2016 |
| 20173016110 | Mark Johnson | $100.00 | $82.41 | $17.59 | Active | 4/13/2017 |
| 20170302154 | Mark Johnson - Summer Players Card - 10 rounds | $50.00 | $0.00 | $50.00 | Active | 4/4/2017 |
| 20173016154 | Mark Nexsen- summer players club card 10 rounds @0.01 | $50.00 | $0.00 | $50.00 | Active | 5/8/2017 |
| 2016040266 1 | Markus Baumgartner Summer Players Club Card | $50.00 | $0.00 | $50.00 | Active | 4/12/2016 |
| 201608261252 | Matt Grover - Silver Players Club Card | $200.00 | $153.84 | $46.16 | Active | 10/11/2016 |
| 201611215936 | Megan Ulrich–Black Friday Gift Card Sales | $250.00 | $0.00 | $250.00 | Active | 12/21/2016 |
| 20160721275 | Men's Club | $100.00 | $96.33 | $3.67 | Active | 8/27/2016 |
| 201605144851 | Merilee Ellis - 2016 Gold Players Club Card | $350.00 | $342.79 | $7.21 | Active | 6/23/2016 |
| 20160706149 | Merle Reese - Gold Players Club Card - 24 rounds @ .01 | $350.00 | $345.91 | $4.09 | Active | 7/21/2016 |
| 201611230427 | MFAD Gift Cards with Tax ($125.96 per round) - W/FOOD VOUCHER - Ad's Pay per Cindy | $125.96 | $104.79 | $21.17 | Active | 12/13/2016 |
| 201611230423 | MFAD Gift Cards with Tax ($125.96 per round) - W/FOOD VOUCHER - Ad's Pay per Cindy | $125.96 | $104.79 | $21.17 | Active | 12/13/2016 |
| 201611230419 | MFAD Gift Cards with Tax ($125.96 per round) - W/FOOD VOUCHER - Ad's Pay per Cindy | $125.96 | $0.00 | $125.96 | Active | 12/13/2016 |
| 201610262201602 | MFAD plus tax ($104.79 value) | $104.79 | $0.00 | $104.79 | Active | 10/27/2016 |
| 201610262201608 | MFAD plus tax ($104.79 value) | $104.79 | $0.00 | $104.79 | Active | 10/27/2016 |
| 201610262201610 | MFAD plus tax ($104.79 value) | $104.79 | $0.00 | $104.79 | Active | 10/27/2016 |
| 2016040 2658 | Michael & Michelle Moriarty | $25.00 | $0.00 | $25.00 | Active | 4/9/2016 |
| 201602 13939 | Michael Bersch | $100.00 | $0.00 | $100.00 | Active | 2/23/2016 |
| 20173016158 | Michael Hackett | $50.00 | $16.41 | $33.59 | Active | 5/13/2017 |
| 20173016135 | Michael Seifert | $50.00 | $0.00 | $50.00 | Active | 5/1/2017 |
| 20173016111 | Michael Wall | $350.00 | $0.00 | $350.00 | Active | 4/14/2017 |
| 20173016143 | Michaela Anderson | $25.00 | $0.00 | $25.00 | Active | 5/4/2017 |
| 201611112 52 | Michelle Fialho - Black Friday Gift Card Sale | $250.00 | $237.67 | $12.33 | Active | 11/29/2016 |
| 20173016146 | michelle preston | $89.97 | $0.00 | $89.97 | Active | 5/3/2017 |
| 201612 23123 | Mike & Suzanne Dunifer | $100.00 | $0.00 | $100.00 | Active | 1/30/2017 |
| 201608231160 | Mike Dunavant | $596.22 | $477.89 | $118.33 | Active | 10/8/2016 |
| 201612 14364 | Mike Hogue | $500.00 | $362.23 | $137.77 | Active | 12/16/2016 |
| 201604 22308 | Mike Huey | $50.00 | $0.00 | $50.00 | Active | 5/6/2016 |
| 201608260308 | Monty Cronin - PLAT003 - PLATINUM PLAYER | $500.00 | $267.82 | $232.18 | Active | 11/19/2016 |
| PLAT003 | Monty Cronin - PLAT003 - PLATINUM PLAYER - 100 rounds @ .01 | $1.00 | $0.32 | $0.68 | Active | 11/19/2016 |
| 201611230414 | Nathan | $104.79 | $0.00 | $104.79 | Active | 12/13/2016 |
| 201611230413 | Noah Koch | $104.79 | $62.45 | $42.34 | Active | 12/13/2016 |
| 20160721333 | Opal Wheeler | $200.00 | $0.00 | $200.00 | Active | 8/3/2016 |
| 201612 23181 | Opal Wheeler | $250.00 | $0.00 | $250.00 | Active | 2/4/2017 |
| 201612 15937 | Pam Bogino | $50.00 | $0.00 | $50.00 | Active | 12/21/2016 |
| 23201507102015 | Patricia Besse - Bronze Players Club Card | $60.00 | $28.98 | $31.02 | Active | 7/10/2015 |
| 20160706140 | Patricia Besse - Bronze Players Club Card - 6 rounds @ .01 | $60.00 | $36.04 | $23.96 | Active | 7/20/2016 |
| 20173016123 | Patty Garrigues | $50.00 | $15.82 | $34.18 | Active | 4/21/2017 |
| 20170216955 | Paul Johns | $50.00 | $0.00 | $50.00 | Active | 4/11/2017 |
| 20160410503 | Perry Castell - | $104.50 | $51.87 | $52.63 | Active | 4/28/2016 |
| 20173016140 | Phillip Bernier | $50.00 | $0.00 | $50.00 | Active | 5/4/2017 |
| 20160410505 | Phillip Prestage | $18.77 | $0.00 | $18.77 | Active | 5/25/2016 |
| 20170302153 | PLAT023 Rich Ballou - Replacement Card - $478.09 | $478.09 | $34.55 | $443.54 | Active | 4/4/2017 |
| PLAT027 | Platinum Player - PLAT027 - Dan & Lin Hackney | $1.00 | $0.09 | $0.91 | Active | 1/12/2017 |
| 201612 23128 | Platinum Player - PLAT027 - Dan & Lin Hackney | $500.00 | $286.99 | $213.01 | Active | 1/12/2017 |
| 20160116926 | Queen's Bay | $62.45 | $0.00 | $62.45 | Active | 3/3/2016 |
| 201601063 55 | Ralph Robertson Resort Credit - $150.00 | $150.00 | $0.00 | $150.00 | Active | 1/12/2016 |
| 201612 15943 | Randy & Karen Erwin | $75.00 | $0.00 | $75.00 | Active | 12/22/2016 |
| 201608231144 | Randy Search - Event Staffing | $1,400.00 | $812.48 | $587.52 | Active | 9/6/2016 |
| 20173016132 | randy smith | $50.00 | $2.38 | $47.62 | Active | 5/1/2017 |
| PLAT023 | Rich Ballou - PLAT023 - PLATINUM PLAYER - 100 rounds @ .01 | $1.00 | $0.09 | $0.91 | Active | 12/20/2016 |
| 20160706134 | Richard Hesson - Silver Players Club Card - 12 rounds @ .01 | $200.00 | $100.00 | $100.00 | Active | 7/20/2016 |
| 20170302156 | Richard Minnuies - Summer Players Club Card | $50.00 | $0.00 | $50.00 | Active | 4/4/2017 |
| 20173016120 | Richard Radcliff | $50.00 | $0.00 | $50.00 | Active | 4/21/2017 |
| 20160422251 | Richard Webb | $50.00 | $37.58 | $12.42 | Active | 5/18/2016 |
| 201612 15922 | Richard Woolley | $100.00 | $0.00 | $100.00 | Active | 1/13/2017 |
| 201607 21266 | Richard Woolley | $200.00 | $54.63 | $145.37 | Active | 8/23/2016 |
| 201608261245 | Richard/Iris Uhrich Twilight Players club | $100.00 | $88.92 | $11.08 | Active | 10/10/2016 |
| 201602 20925 | Rick & Andrea Roberts | $50.00 | $24.70 | $25.30 | Active | 4/9/2016 |
| 201611230431 | Rick & Diane McConnell - 12.16 Drawing Winner - 2 Queen Cut Prime Rib Dinners - $56.00 Value | $56.00 | $0.00 | $56.00 | Active | 12/14/2016 |
| 20160422243 | Rick Fulmer | $12.50 | $5.06 | $7.44 | Active | 4/29/2016 |
| 20160706161 | Rick Fulmer - Happy Birthday | $25.00 | $0.00 | $25.00 | Active | 7/26/2016 |
| 201605144953 | Rick Hesson - 2016 Twilight Players Club Card - 12 rounds @ .01 | $100.00 | $90.10 | $9.90 | Active | 7/5/2016 |
| 201400092616 | Rick Sigler | $4,011.25 | $3,291.96 | $719.29 | Active | 10/9/2014 |
| 201612 15923 | Robert Beadle | $100.00 | $58.43 | $41.57 | Active | 1/13/2017 |
| 20160702390 | Robert Hede - 2016 Twilight Players Club Card - 12 rounds @ .01 | $100.00 | $92.98 | $7.02 | Active | 7/13/2016 |
| 20173016127 | Robert Nelson | $50.00 | $0.00 | $50.00 | Active | 4/24/2017 |
| 201608260346 | Roby Billaud - PLAT006 - PLATINUM PLAYER | $500.00 | $421.41 | $78.59 | Active | 11/22/2016 |
| PLAT006 | Roby Billaud - PLAT006 - PLATINUM PLAYER - 100 rounds @ .01 | $1.00 | $0.22 | $0.78 | Active | 11/22/2016 |
| 20160721276 | Rod Blades | $60.00 | $38.42 | $21.58 | Active | 8/30/2016 |
| 201608261269 | Roger & Ann Will - PLAT015 - PLATINUM PLAYER | $500.00 | $496.53 | $3.47 | Active | 11/23/2016 |
| PLAT015 | Roger & Ann Will - PLAT015 - PLATINUM PLAYER - 100 rounds @ .01 | $1.00 | $0.57 | $0.43 | Active | 11/23/2016 |
| 201602 13948 | Roger Galloway - Academy Awards Night | $200.00 | $74.14 | $125.86 | Active | 3/1/2016 |
| 201608262244 | Roger Galloway - Karaoke Judge 2016 | $200.00 | $0.00 | $200.00 | Active | 11/3/2016 |
| 20170216960 | Roland Bignell | $50.00 | $0.00 | $50.00 | Active | 4/6/2017 |
| 20173016107 | Ron Brown | $50.00 | $0.00 | $50.00 | Active | 4/13/2017 |
| 20170216961 | Ron Buchan | $50.00 | $0.00 | $50.00 | Active | 4/6/2017 |
| 201612 15924 | Ron Satterfield | $100.00 | $0.00 | $100.00 | Active | 1/13/2017 |
| 20160721340 | Ron Satterfield Bronze Players Club | $60.00 | $0.00 | $60.00 | Active | 9/1/2016 |
| 20160422301 | Ron Swopes | $50.00 | $25.00 | $25.00 | Active | 5/3/2016 |
| 20173016124 | Ronald Stuhlberg | $50.00 | $0.00 | $50.00 | Active | 5/4/2017 |
| 20173016122 | Ronnie Jones - Summer Players Club Card | $50.00 | $15.82 | $34.18 | Active | 5/12/2017 |

| Gift Card | Holder Name | Issue Amount | Redeemed Amount | Balance | Status | Issue Date |
|---|---|---|---|---|---|---|
| PLAT004 | Russ Barron - PLAT004 - PLATINUM PLAYER - 100 rounds @ .01 | $1.00 | $0.49 | $0.51 | Active | 11/19/2016 |
| 20173016104 | Sal Carrera - Happy Birthday! | $25.00 | $15.88 | $9.12 | Active | 4/11/2017 |
| 20160107967 | Sales 928 Home Guide | $189.00 | $47.63 | $141.37 | Active | 2/3/2016 |
| 20173016105 | Sarah Freick - Happy Birthday | $25.00 | $0.00 | $25.00 | Active | 4/11/2017 |
| 20160706157 | Scott Lonnee Gold Players Club | $350.00 | $179.74 | $170.26 | Active | 9/4/2016 |
| 20173016106 | Scott Reid - Twilight Players Club | $100.00 | $0.00 | $100.00 | Active | 4/12/2017 |
| 20173016157 | Stacey Emele | $50.00 | $0.00 | $50.00 | Active | 5/10/2017 |
| 2016082611259 | Stachura - Twilight Players Club Card | $100.00 | $86.04 | $13.96 | Active | 10/26/2016 |
| 20173016103 | Stephin Forsey - Summer Players Club Card | $50.00 | $0.00 | $50.00 | Active | 4/11/2017 |
| 20173016142 | Steve & Coreen Reinke | $25.00 | $0.00 | $25.00 | Active | 5/2/2017 |
| 20173016136 | Steve Kaminski | $50.00 | $0.00 | $50.00 | Active | 5/3/2017 |
| 201612151132 | Steve Molera | $104.79 | $0.00 | $104.79 | Active | 2/14/2017 |
| 201612151131 | Steve Morgan - Twilight Players Club Card - 12 rounds @ .01 | $100.00 | $40.23 | $59.77 | Active | 1/13/2017 |
| 20173016153 | Steve Rock | $50.00 | $0.00 | $50.00 | Active | 5/6/2017 |
| PLAT029 | Steve Slater | $1.00 | $0.19 | $0.81 | Active | 1/30/2017 |
| 20170302152 | Steve Slater PLAT029 - (Replacement Card) | $500.00 | $54.00 | $446.00 | Active | 4/1/2017 |
| 20160702397 | Steven Edwards - 2016 Summer Players Club Card - 10 rounds @ .01 | $50.00 | $41.28 | $8.72 | Active | 7/18/2016 |
| 20160402659 | Stuhlberg Summer Players Club Card | $50.00 | $28.59 | $21.41 | Active | 4/12/2016 |
| 201612215940 | Sue Cullam / Jerry McElhaney - PLAT024 - PLATINUM PLAYER | $500.00 | $0.00 | $500.00 | Active | 12/22/2016 |
| PLAT024 | Sue Cullam / Jerry McElhaney - PLAT024 - PLATINUM PLAYER - 100 rounds @ .01 | $1.00 | $0.06 | $0.94 | Active | 12/22/2016 |
| 20160514944 | Sue Dunifer - 2016 Twilight Players Club Card | $153.00 | $99.49 | $53.51 | Active | 7/2/2016 |
| 20160514840 | Suzan Koopman - 2016 Gold Players Club Card Special | $350.00 | $332.40 | $17.60 | Active | 6/22/2016 |
| 201611020346 | Suzan Koopman - PLAT014 - PLATINUM PLAYER | $500.00 | $389.52 | $110.48 | Active | 11/22/2016 |
| PLAT014 | Suzan Koopman - PLAT014 - PLATINUM PLAYER - 100 rounds @ .01 | $1.00 | $0.12 | $0.88 | Active | 11/22/2016 |
| 201608260307 | Ted & Jan Markham - PLAT002 - PLATINUM PLAYER | $500.00 | $488.61 | $11.39 | Active | 11/19/2016 |
| PLAT002 | Ted & Jan Markham - PLAT002 - PLATINUM PLAYER - 100 rounds @ .01 | $1.00 | $0.41 | $0.59 | Active | 11/19/2016 |
| 20170302146 | Ted & Stephanie Moreno | $150.00 | $0.00 | $150.00 | Active | 3/25/2017 |
| 20170302145 | Ted Ostrowski - Silver Players Club Card | $200.00 | $106.30 | $93.70 | Active | 3/18/2017 |
| 20161214356 | Teresa Delia --Black Friday Gift Card Sale | $100.00 | $0.00 | $100.00 | Active | 12/15/2016 |
| 20170216957 | Terry Smith | $50.00 | $0.00 | $50.00 | Active | 4/10/2017 |
| 201611230363 | Theron Kimball | $25.00 | $15.88 | $9.12 | Active | 12/13/2016 |
| 20160706162 | Thomas Goodfellow twilight resort credit 100 | $100.00 | $99.17 | $0.83 | Active | 8/13/2016 |
| 20160826353 | Thomas Willard - Twilight Players Club Card | $100.00 | $98.26 | $1.74 | Active | 8/31/2016 |
| 20160220926 | Thomas Wrona | $100.00 | $63.90 | $36.10 | Active | 3/21/2016 |
| 20160706158 | Thomas Wrona - Silver Players Club Card - 12 rounds @ .01 | $200.00 | $116.89 | $83.11 | Active | 7/26/2016 |
| 201611230357 | Tim Nelson - Black Friday Gift Card | $100.00 | $96.46 | $3.54 | Active | 12/8/2016 |
| 20170302147 | Today's News | $97.50 | $0.00 | $97.50 | Active | 3/31/2017 |
| 20170302151 | Today's News | $100.00 | $0.00 | $100.00 | Active | 3/31/2017 |
| 20170302149 | Today's News | $100.00 | $0.00 | $100.00 | Active | 3/31/2017 |
| 20170302148 | Today's News | $100.00 | $0.00 | $100.00 | Active | 3/31/2017 |
| 20170302150 | Today's News | $100.00 | $0.00 | $100.00 | Active | 3/31/2017 |
| 20170216958 | tom glass summer players club card resort credit 50 | $50.00 | $0.00 | $50.00 | Active | 4/8/2017 |
| 20173016130 | tom murray summers players club resort credit | $50.00 | $34.70 | $15.30 | Active | 4/29/2017 |
| 20161223189 | Tom Reichert - Gold Players Club Card | $350.00 | $86.45 | $263.55 | Active | 2/9/2017 |
| 20160107926 | Tom Reichert - Resort Credit | $250.00 | $142.26 | $107.74 | Active | 1/23/2016 |
| 201608261249 | Tracy Hauck Twilight package | $100.00 | $83.47 | $16.53 | Active | 10/31/2016 |
| 20161214375 | Trent & Val Iorg | $100.00 | $90.85 | $9.15 | Active | 1/2/2017 |
| 20161223187 | Tyler Fallis | $25.00 | $24.57 | $0.43 | Active | 2/8/2017 |
| 2014103020145 | Verg McCallister - Event Staffing | $2,910.00 | $1,832.83 | $1,077.17 | Active | 11/20/2014 |
| 201612151135 | vi briggs silver players club card resort credit | $200.00 | $170.14 | $29.86 | Active | 2/26/2017 |
| PLAT028 | Vivian Gaynor / Rhonda Williams - Platinum Players Card - PLAT028 | $1.00 | $0.28 | $0.72 | Active | 1/17/2017 |
| 20161223138 | Vivian Gaynor / Rhonda Williams - Platinum Players Card - PLAT028 | $500.00 | $0.00 | $500.00 | Active | 1/17/2017 |
| 201608231138 | Ward Olson Twi Light players club | $100.00 | $0.00 | $100.00 | Active | 10/4/2016 |
| 20170204525 | Wayne & Leslie Melnyk | $200.00 | $0.00 | $200.00 | Active | 3/8/2017 |
| 20160410501 | William Franzblau 2016 Summer Players Club Card | $50.00 | $0.00 | $50.00 | Active | 4/28/2016 |
| 20173016131 | Willie Gonzalez | $50.00 | $0.00 | $50.00 | Active | 4/30/2017 |
| 201503142015799 | | $134.13 | $100.00 | $34.13 | Active | 5/18/2015 |
| 20161215933 | | $250.00 | $209.58 | $40.42 | Active | 12/20/2016 |
| 201507242527 | | $200.00 | $100.00 | $100.00 | Active | 8/31/2015 |
| | **Grand Total** | **$71,033.11** | **$30,289.61** | **$40,743.50** | | |

**Fill in this information to identify the case:**

Debtor name    **Information Solutions, Inc. (d/b/a Refuge Golf & Country Club)**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **See attached list** | |
| State the term remaining | **Golf and Club Memberships**<br>**See Attached List** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **75 golf carts and assorted gym equipment; repaid at the rate of $2.50 per round of golf until repaid** | |
| State the term remaining | **Tom Gonzales**<br>**1200 W. Cypress Rd.**<br>**Fort Lauderdale, FL 33309** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Golf course maintenance equipment sold and leased back at $5,000 a month** | |
| State the term remaining | **John Hughes**<br>**4217 Colt Dr.**<br>**Lake Havasu City, AZ 86404** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **Credit Card Processing (Account no. 394750514042)** | |
| State the term remaining    **open** | **Merrick Bank/ETS Corporation**<br>**101 Crossways Park West**<br>**Woodbury, NY 11797** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 0:17-bk-05481-MCW    Doc 1    Filed 05/17/17    Entered 05/17/17 14:14:53    Desc
Main Document      Page 43 of 88

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Club management software** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | |
| | List the contract number of any government contract | | **Northstar Technologies, Inc.**<br>**3650 Mansell Rd. Suite #225**<br>**Alpharetta, GA 30022** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy



none
## GOLF AND CLUB MEMBERSHIPS

none
Printed On May 16,2017
at 06:03 PM
Printed By: Cindy
Aldridge

© Northstar
Technologies

| Last Name | First Name | Member Address | Act. Date |
|---|---|---|---|
| Aguallo | Jess | Home: 1936 E Birkdale Ln, Lake Havasu City, AZ 86404, United States | 11/01/2014 |
| Aguallo | Dianne | Home: 1936 E Birkdale Ln, Lake Havasu City, AZ 86404, United States | 11/01/2014 |
| Anderson | Steve | Billing: 3727 Winifred Way, Lake Havasu City, AZ 86404, United States | 06/02/2015 |
| Anderson | Sienna | Billing: 3727 Winifred Way, Lake Havasu City, AZ 86404, United States | 06/02/2015 |
| Anderson | Stephanie | Billing: 3727 Winifred Way, Lake Havasu City, AZ 86404, United States | 06/02/2015 |
| Ash | Donna | Billing: 3407 Palm Grove Drive, Lake Havasu City, AZ 86404, United States | 05/05/2017 |
| Babbitt | Michael | Billing: 1730 Privateer Drive, Lake Havasu City, AZ 86403, United States | 05/06/2017 |
| Babbitt | Rachelle | Billing: 1730 Privateer Drive, Lake Havasu City, AZ 86403, United States | 05/06/2017 |
| Baertsch | Richard | Billing: 3364 N. Latrobe Dr., Lake Havasu City, AZ 86404, United States<br>Refuge Address: 3364 N. Latrobe Drive, Lake Havasu City, AZ 86404, United States | 10/01/2009 |
| Baertsch | Janene | Billing: 3364 N. Latrobe Dr., Lake Havasu City, AZ 86404, United States<br>Refuge Address: 3364 N. Latrobe Drive, Lake Havasu City, AZ 86404, United States<br>Summer House: 1201 45 Avenue NW, Garrison, ND 58540, United States | 10/01/2009 |
| Bartol | Jim & Barbara | Billing: 1979 Fallen Leaf Lane, Lincoln, CA 95648, United States | 11/19/2013 |
| Behrman | James | Home: 71 Taylor Blvd., Medicine Hat, AB T1B 4A5, Canada | 09/29/2011 |
| Behrman | Joann | Home: 71 Taylor Blvd., Medicine Hat, AB T1B 4A5, Canada | 09/29/2011 |
| Bonish | Ron | Billing: Box 1220, Fort Qu'Appele, SK S0G 1S0, Canada | 10/26/2011 |
| Bonish | Kim | Billing: Box 1220, Fort Qu'Appele, SK S0G 1S0, Canada | 10/26/2011 |
| Bonsall | Dana | Billing: 3562 N. Citation Road, Lake Havasu City, AZ 86404, United States | 02/17/2013 |
| Bonsall | Yolanda | Billing: 3562 N. Citation Road, Lake Havasu City, AZ 86404, United States | 05/12/2015 |
| Bowman | Mark | Billing: 20861 Fallen Leaf Road, Yorba Linda, CA 92886, United States | 02/14/2014 |
| Bowman | Deidra | Billing: 20861 Fallen Leaf Road, Yorba Linda, CA 92886, United States | 06/06/2015 |
| Boyle | Harry & Diana | Billing: 2235 Clubhouse Drive, Prescott, AZ 86301, United States | 09/17/2013 |
| Boynton | Robert | Billing: P.O. Box 3265, Winter Park, CO 80482, United States | 05/03/2014 |
| Boynton | Janice | Billing: P.O. Box 3265, Winter Park, CO 80482, United States | 05/03/2014 |
| Bryja | Jim & Coral | Billing: 306 Buckingham Drive, Venitia, PA 15367, United States | 02/17/2014 |
| Burke | Jeff | Billing: 61 Tennis Villas Drive, Monarch Beach, CA 92629, United States | 10/26/2015 |
| Burke | Paula | Billing: 61 Tennis Villas Drive, Monarch Beach, CA 92629, United States | 10/26/2015 |

| Last Name | First Name | Member Address | Act. Date |
|-----------|-----------|----------------|-----------|
| Bybee | Troy | Billing: 3220 Palm Grove Dr., Lake Havasu City, AZ 86404, United States | 02/15/2013 |
| Bybee | Sandy | Billing: 3220 Palm Grove Dr., Lake Havasu City, AZ 86404, United States | 02/15/2013 |
| Carmody | Tom | Billing: 3194 Winterhaven, Lake Havasu City, AZ 86404, United States | 01/06/2017 |
| Carmody | Sheri | Billing: 3194 Winterhaven, Lake Havasu City, AZ 86404, United States | 01/06/2017 |
| Carr | Michael | Billing: 2260 Sotol Lane, Lake Havasu City, AZ 86403, United States | 09/27/2011 |
| Carr | Lisa | Billing: 2260 Sotol Lane, Lake Havasu City, AZ 86403, United States | 09/27/2011 |
| Chauhan | Hitendra | Home: 2023 Burke Lane, Lake Havasu City, AZ 86406, United States | 01/28/2010 |
| Chiappetta | Dennis | Billing: 45 Los Coyotes Drive, Pomona, CA 91766, United States | 04/11/2013 |
| Clark | Don | Home: 1425 McCulloch Blvd. Ste C, Lake Havasu City, AZ 86403, United States | 01/25/2010 |
| Clark | Sylvia | Home: 1780 Deer Run Dr., Lake Havasu City, AZ 86404, United States | 01/25/2010 |
| Coakley | Frank | Billing: 3692 N. Citiation Road, Lake Havasu City, AZ 86404, United States | 10/02/2013 |
| Coakley | Cheri | Billing: 800 The Mark Lane unit 2105, San Diego , CA 92101, United States | 10/02/2014 |
| Coalmer | Dale | Billing: 3472 N. Winifred Way, Lake Havasu City, AZ 86404, United States | 12/18/2016 |
| Coalmer | Salli | Billing: 3472 N. Winifred Way, Lake Havasu City, AZ 86404, United States | 01/04/2017 |
| Cockrell | Steve | Billing: 1058 Montrose Drive, Lake Havasu City, AZ 86406, United States | 11/12/2015 |
| Cockrell | Debi | Billing: 1058 Montrose Drive, Lake Havasu City, AZ 86406, United States | 11/12/2015 |
| Cole | Randey | Billing: 2235 Atlantic Drive, Lake Havasu City, AZ 86404, United States | 12/09/2015 |
| Cole | Teresa | Billing: 2235 Atlantic Drive, Lake Havasu City, AZ 86404, United States | 12/09/2015 |
| Cooke | Swan | Billing: 1325 Angler Place, Lake Havasu City, AZ 86404, United States | 10/22/2015 |
| Coosemans | Tom | Billing: 2709 Horseshoe Bay Est. , Cold Lake, AB T9M 1G9, Canada | 11/01/2013 |
| Coosemans | Kim | Billing: 2709 Horseshoe Bay Est. , Cold Lake, AB T9M 1G9, Canada | 10/29/2013 |
| Crombach | John | Billing: 1698 E. Tradition Lane, Lake Havasu City, AZ 86404, United States | 01/12/2017 |
| Crombach | Danita | Billing: 1698 E. Tradition Lane, Lake Havasu City, AZ 86404, United States | 01/12/2017 |
| Cummings | Julie | Billing: 3419 El Toro Drive, Lake Havasu City, AZ 86403, United States | 09/14/2011 |
| Curley | Clark | Billing: 828 Middle Road, Fulton, IL 61252, United States<br>Winter: 1990 McCulloch Blvd #D   (D-411), Lake Havasu City, AZ 86403, United States | 10/14/2014 |

| Last Name | First Name | Member Address | Act. Date |
|---|---|---|---|
| Curley | Ann | Billing: 828 Middle Road, Fulton, IL 61252, United States<br>Winter: 1990 McCulloch Blvd #D   (D-411), Lake Havasu City, AZ 86403, United States | 10/14/2014 |
| Delk | Rodger | Billing: 1990 Mc Culloch Blvd D-396, Lake Havasu City, AZ 86403, United States | 01/27/2011 |
| Delk | Diana | Billing: 1990 Mc Culloch Blvd D-396, Lake Havasu City, AZ 86403, United States | 01/27/2011 |
| Denney | Chuck | Home: 1715 E. Tradition Lane, Lake Havasu City, AZ 86404, United States | 10/01/2009 |
| Denney | Diane | Home: 1715 E. Tradition Lane, Lake Havasu City, AZ 86404, United States | 10/01/2009 |
| Desaulniers | Marcel | Billing: 277, 52555 Range Road 223, Sherwood Park, AB T8A 6M8, Canada | 01/23/2010 |
| Desaulniers | AnnMarie | Billing: 277, 52555 Range Road 223, Sherwood Park, AB T8A 6M8, Canada | 01/23/2010 |
| Deyoung | Mary Anne | Billing: 1741 Cabana Drive, Lake Havasu City, AZ 86404, United States | 04/28/2017 |
| Deyoung | Dave | Billing: 1741 Cabana Drive, Lake Havasu City, AZ 86404, United States | 04/28/2017 |
| Dumouchel-Nudelman | Terri | Billing: 1840 Mesquite Ave Ste B, Lake Havasu City, AZ 86403, United States | 01/28/2010 |
| Dunavant | Michael | Home: 2191 Chip Drive, Lake Havasu City, AZ 86406, United States | 12/30/2009 |
| Edwards | Timothy | Billing: 1412 M St SE, Auburn, WA 98002, United States | 12/31/2016 |
| Edwards | Robin | Billing: 1412 M St SE, Auburn, WA 98002, United States | 12/31/2016 |
| Erwin | Randy | Billing: P.O. Box 1620, Lake Havasu City, AZ 86405-1620, United States | 09/28/2012 |
| Erwin | Karen | Billing: P.O. Box 1620, Lake Havasu City, AZ 86405-1620, United States | 09/28/2012 |
| Flamm | Stuart | Billing: 3340 Arapaho Drive, Lake Havasu City, AZ 86406, United States | 05/28/2015 |
| Franson | Aaron | Billing: 49627 Co. Rd. L, Yuma, CO 80759, United States | 04/02/2015 |
| Gallio | Lina | Billing: P.O. Box 995, Lake Havasu City, AZ 86405, United States | 05/21/2016 |
| Garnett | Jack | Home: 3815 N. Masters Court, Lake Havasu City, AZ 86404, United States | 10/01/2009 |
| Garnett | Joan | Home: 3815 N. Masters Court, Lake Havasu City, AZ 86404, United States | 10/01/2009 |
| Garrison | Chad | Home: 2481 Fannin Drive, Lake Havasu City, AZ 86403, United States | 02/03/2010 |
| Gates | Randy | Home: 677 Avenida Laredo, Lake Havasu City, AZ 86406, United States | 01/06/2015 |
| Gibbons | Bill | Billing: 1793 E. Tradition Lane, Lake Havasu City, AZ 86404, United States | 08/04/2012 |
| Gibbons | Kim | Billing: 1793 E. Tradition Lane, Lake Havasu City, AZ 86404, United States | 08/04/2012 |

| Last Name | First Name | Member Address | Act. Date |
|---|---|---|---|
| Gleason | Terrence | Billing: 1972 Mesquite Ave, Lake Havasu City, AZ 86403, United States<br>Refuge Address: 1724 E. Tradition, Lake Havasu City, AZ 86404, United States | 10/01/2009 |
| Gleason | Lisa | Billing: 1972 Mesquite Ave, Lake Havasu City, AZ 86403, United States<br>Refuge Address: 1724 E. Tradition, Lake Havasu City, AZ 86404, United States | 10/01/2009 |
| Golf 2016 | Golf 2016 | Work: 3275 N. Latrobe Dr., Lake Havasu City, AZ 86404, United States | 01/28/2016 |
| Gorder | Rocky | Billing: 1642 McCulloch Blvd N. #327, Lake Havasu City, AZ 86403, United States<br>Home: 3273 N. Arnold Palmer Dr., Lake Havasu City, AZ 86404, United States<br>Summer House: 1642 McCulloch Blvd N, Lake Havasu City, AZ 86403-0961, United States | 10/01/2009 |
| Gorder | Martha | Billing: 1642 McCulloch Blvd N. #327, Lake Havasu City, AZ 86403, United States<br>Refuge Address: 3273 N. Arnold Palmer Dr. , Lake Havasu City, AZ 86404, United States | 10/01/2009 |
| Griesmeyer | Robert | Billing: 1282 Towhee Trl., Port Washington, WI 53074, United States | 09/14/2012 |
| Griesmeyer | Janet | Billing: 1282 Towhee Trl., Port Washington, WI 53074, United States | 09/14/2012 |
| Griffith | Larry & Carolyn | Billing: 19794 Escada Ct, Redding, CA 96003, United States | 03/04/2013 |
| Grosmick | Jami | Billing: 2211 Fremont Drive, Lake Havasu City, AZ 86406, United States | 06/28/2016 |
| Grosmick | Steven | Billing: 2211 Fremont Drive, Lake Havasu City, AZ 86406, United States | 10/05/2016 |
| Hansel | David & Jeanne | Billing: 31972 S. Lone Vista Way, Oracle, AZ 85623, United States | 08/21/2013 |
| Hansen | Bobbye | Billing: 3762 N. Masters Court, Lake Havasu City, AZ 86404, United States | 05/12/2017 |
| Hansen | Mickey | Billing: 3762 N. Masters Court, Lake Havasu City, AZ 86404, United States | 05/12/2017 |
| Harrington | Carole | Billing: 3340 Arapaho Drive, Lake Havasu City, AZ 86406, United States | 09/12/2015 |
| Helgeland | Dale | Home: 2585 Fannin Drive, Lake Havasu City, AZ 86403, United States | 04/15/2017 |
| Henson | Sherman | Billing: 1750 Kiowa Avenue, Lake Havasu City, AZ 86404, United States | 02/02/2017 |
| Hightower | Lloyd | Home: 1830 E. Tradition Lane, Lake Havasu City, AZ 86404, United States<br>Summer House: 108 Hilltop Dr #B, Sequim, WA 98382-8535, United States<br>Summer House: 108-B Hilltop Drive, Sequim, WA 98382, United States | 10/01/2009 |
| Hightower | Julie | Home: 1830 E. Tradition Lane, Lake Havasu City, AZ 86404, United States<br>Summer House: 108-B Hilltop Drive, Sequim, WA 98382, United States<br>Summer House: 108-B Hilltop Drive, Sequim, WA 98382, United States | 10/01/2009 |
| Hill | Ronald | Billing: 3713 N Winifred Way, Lake Havasu City, AZ 86404, United States | 09/01/2013 |
| Hill | Angie | Billing: 3713 N Winifred Way, Lake Havasu City, AZ 86404, United States | 09/01/2013 |
| Hiller | Stephen | Billing: 525 E. Bayshore Rd., Redwood City, CA 94063, United States | 09/07/2014 |
| Hiller | Charlene | Billing: 525 E. Bayshore Rd., Redwood City, CA 94063, United States | 09/07/2014 |
| Holechek | Mark | Billing: 1010 Avienda Del Sol, Lake Havasu City, AZ 86406, United States | 04/26/2017 |

| Last Name | First Name | Member Address | Act. Date |
|---|---|---|---|
| Holechek | Cindy | Billing: 1010 Avienda Del Sol, Lake Havasu City, AZ 86406, United States | 04/26/2017 |
| Holland | Bryan | Billing: 3500 Amberwood Place, Lake Havasu City, AZ 86404, United States | 08/26/2014 |
| Holland | Amber | Billing: 3500 Amberwood Place, Lake Havasu City, AZ 86404, United States | 08/26/2014 |
| Hoskins | Craig | Billing: 24670 Las Patranas, Yorba Linda, CA 92887, United States<br>Refuge Address: 3787 Masters Court, Lake Havasu City, AZ 86404, United States | 10/01/2009 |
| Hoskins | Laura | Billing: 24670 Las Patranas, Yorba Linda, CA 92887, United States<br>Refuge Address: 3787 Masters Court, Lake Havasu City, AZ 86404, United States | 10/01/2009 |
| Hostrawser | Burt | Billing: 2810 Oakridge Drive, Lake Havasu City, AZ 86403, United States | 01/16/2015 |
| Hostrawser | Annie | Billing: 2810 Oakridge Drive, Lake Havasu City, AZ 86403, United States | 10/02/2015 |
| Irwin | John | Billing: 1585 Copper Dr., Lake Havasu City, AZ 86403, United States<br>Home: 1831 Hilltop Lane, Lake Havasu City, AZ 86404, United States | 11/04/2011 |
| Irwin | Frances | Billing: 1585 Copper Dr., Lake Havasu City, AZ 86403, United States<br>Home: 1831 Hilltop Lane, Lake Havasu City, AZ 86404, United States | 11/05/2011 |
| Jakobsen | Mark & Sharon | Billing: RR1 , Tilley, AB T0J 3K0, Canada | 11/05/2013 |
| Jennings | Jeff | Billing: 3662 N. Winifred Way, Lake Havasu City, AZ 86404, United States | 04/26/2013 |
| Johannson | Allan | Home: 1820 Sentinel Drive, Lake Havasu City, AZ 86404, United States<br>Summer House: 5913 45th Street Crescent, Innisfail, AB T4G 1L4, Canada | 02/01/2010 |
| Johannson | Brian | Billing: 36326 Range Rd. 25, Red Deer County, AB T4G 0K4, Canada | 02/16/2012 |
| Johannson | Elaine | Home: 1820 Sentinel Drive, Lake Havasu City, AZ 86404, United States<br>Summer House: 5913 45th Street Crescent, Innisfail, AB T4G 1L4, Canada | 02/01/2010 |
| Johannson | Gayle | Billing: 36326 Range Rd. 25, Red Deer County, AB T4G 0K4, Canada | 02/16/2012 |
| Jones | Timothy | Billing: P.O. Box 26150, Fresno, CA 93729, United States<br>Home: 6676 N. Forkner Avenue, Fresno, CA 93711, United States | 04/10/2014 |
| Jones | Miranda | Billing: P.O. Box 26150, Fresno, CA 93729, United States<br>Home: 6676 N. Forkner Avenue, Fresno, CA 93711, United States | 04/10/2014 |
| Julius | Ken | Billing: 9 Viewpoint Place, Laguna Niguel, CA 92677, United States | 10/11/2013 |
| Julius | Terri | Billing: 9 Viewpoint Place, Laguna Niguel, CA 92677, United States | 10/11/2013 |
| Kalagian | Greg | Billing: 1878 E. Tradition Lane, Lake Havasu City, AZ 86404, United States | 02/20/2014 |
| Kalagian | Christie | Billing: 1878 E. Tradition Lane, Lake Havasu City, AZ 86404, United States | 02/23/2016 |
| Karlowich | Lynne | Billing: 1622 Horseshoe Bay Estates, Cold Lake, AB T9M 1G9, Canada | 10/17/2012 |
| Kearns | Roderick | Billing: 3060 Silversmith Bay, Lake Havasu City, AZ 86406, United States | 05/16/2017 |
| Kearns | Janet | Billing: 3060 Silversmith Bay, Lake Havasu City, AZ 86406, United States | 05/16/2017 |
| Kennedy | Kenneth | Billing: 2224 Littler Lane #4, Lake Havasu City, AZ 86404, United States<br>Winter: 803 Circle Drive, Wheatland, WY 82201, United States | 03/24/2014 |

| Last Name | First Name | Member Address | Act. Date |
|---|---|---|---|
| Kennedy | Pat | Home: 803 Circle Dr, Wheatland, WY 82201, United States<br>Winter: 2224 Littler Lane #4, Lake Havasu City, AZ 86404, United States | 03/24/2014 |
| Kesead | Heike | Billing: 3582 N. Winifred Way, Lake Havasu City, AZ 86404, United States | 05/02/2017 |
| Kirchner | Thomas | Billing: 2349 Inverness Drive, Lake Havasu City, AZ 86404, United States | 08/15/2012 |
| Kirchner | Judith | Billing: 2349 Inverness Drive, Lake Havasu City, AZ 86404, United States | 08/15/2012 |
| Kloepfer | Brad | Billing: 1689 Cardinal Drive, Lake Havasu City, AZ 86403, United States | 06/04/2014 |
| Kloepfer | Connie | Billing: 1689 Cardinal Drive, Lake Havasu City, AZ 86403, United States | 06/04/2014 |
| Knutson | John & Leslie | Billing: 2105 Stonecrest Drive, Eugene, OR 97401, United States | 12/17/2013 |
| Korol | Robert | Billing: 3146 Daytona Avenue, Lake Havasu City, AZ 86403, United States | 11/08/2013 |
| Korol | Joan | Billing: 3146 Daytona Avenue, Lake Havasu City, AZ 86403, United States | 06/13/2014 |
| Kudrna | Richard | Billing: 1163 Autumn Hills Road, gardnerville, NV 89460, United States | 11/04/2016 |
| Kudrna | Jewel | Winter: 1827 E. Savannah Drive, Lake Havasu City, AZ 86404, United States | 11/04/2016 |
| Lankenau | John | Billing: 1815 E. Troon Drive, Lake Havasu City, AZ 86404, United States | 09/25/2013 |
| Lankenau | Nancy | Billing: 1815 E. Troon Drive, Lake Havasu City, AZ 86404, United States | 09/24/2013 |
| LaParne | Ben | Home: 3604 Winifred Way, Lake Havasu City, AZ 86404, United States | 10/01/2009 |
| LaParne | Kimberly | Home: 3604 Winifred Way, Lake Havasu City, AZ 86404, United States | 10/01/2009 |
| Lee | Ramon | Home: 3898 Sweetgrass Drive, Lake Havasu City, AZ 86406, United States | 01/09/2012 |
| Lee | Rene | Home: 3898 Sweetgrass Drive, Lake Havasu City, AZ 86406, United States | 02/04/2015 |
| Leffler | Bert | Billing: P O Box 377, Benkelman, NE 69021, United States | 01/05/2014 |
| Leffler | Mel | Billing: P O Box 377, Benkelman, NE 69021, United States | 01/06/2012 |
| Lewis | Harry | Billing: 3915 Silver Clipper Lane, Lake Havasu City, AZ 86406, United States | 04/25/2017 |
| Little | Ed | Home: 3875 Hillington Lane, Lake Havasu City, AZ 86404, United States | 10/01/2009 |
| Little | Carol | Home: 3875 Hillington Lane, Lake Havasu City, AZ 86404, United States | 10/01/2009 |
| Livingstone | E. Franklin | Billing: 3560 Oro Grande Blvd, Lake Havasu City, AZ 86406, United States | 09/27/2012 |
| Longshore | Jim | Billing: 1324 Longshore , Lake Havasu City, AZ 86404, United States | 07/27/2012 |

| Last Name | First Name | Member Address | Act. Date |
|---|---|---|---|
| Longshore | Brenda | Billing: 1324 Longshore , Lake Havasu City, AZ 86404, United States | 07/27/2012 |
| Lynch | Jill | Billing: 1721 Park Terrace Avenue, Lake Havasu City, AZ 86404, United States | 04/24/2017 |
| Lyon | Jim | Billing: 3885 Highlander Avenue, Lake Havasu City, AZ 86406, United States | 01/03/2017 |
| Lyon | Kathy | Billing: 3885 Highlander Avenue, Lake Havasu City, AZ 86406, United States | 01/03/2017 |
| Magazine | Havasu Living | Billing: P.O. Box 3012, Lake Havasu City, AZ 86405, United States | 10/28/2011 |
| Matlock | Mike | Billing: 3754 N Tradition Wy, Lake Havasu City, AZ 86404, United States<br>Refuge Address: 3754 Tradition Wy., Lake Havasu City, AZ 86404, United States | 05/17/2014 |
| Matlock | Robin | Billing: 33906 Sagebrush Lane, Parker, AZ 85344, United States<br>Billing: 33906 Sagebrush Lane, Parker, AZ 85344, United States | 05/17/2014 |
| May | Ron | Billing: 3073 Oro Grande Blvd., Lake Havasu City, AZ 86406, United States | 04/16/2013 |
| May | Janet | Billing: 3073 Oro Grande Blvd., Lake Havasu City, AZ 86406, United States | 10/28/2016 |
| Mazick | Mike | Billing: 1787 E. Tradition Lane, Lake Havasu City, AZ 86404, United States | 12/31/2015 |
| Mazick | Jackie | Billing: 1787 E. Tradition Lane, Lake Havasu City, AZ 86404, United States | 12/31/2015 |
| McAndrew | Mike | Billing: 430 El Camino Way, Lake Havasu City, AZ 86403, United States | 08/04/2012 |
| McAndrew | Chase | Billing: 430 El Camino Way, Lake Havasu City, AZ 86403, United States | 08/04/2012 |
| McAndrew | Jake | Billing: 430 El Camino Way, Lake Havasu City, AZ 86403, United States | 08/04/2012 |
| Mckee | Mark | Refuge Address: 3856 Notting Hill Road, Lake Havsau City, AZ 86404, United States | 03/20/2013 |
| McKee | Nola | Billing: P.O. Box148, Aylsham, SK S0E 0C0, Canada | 03/20/2013 |
| McVey | Geneva | Home: 2585 Fannin Drive, Lake Havasu City, AZ 86403, United States | 04/15/2017 |
| Melnyk | Wayne | Billing: 9 Somerset Lane #604, Edgewater, NY 07020, United States | 02/23/2017 |
| Melnyk | Leslie | Billing: 9 Somerset Lane #604, Edgewater, NY 07020, United States | 02/23/2017 |
| Meyers | Gary | Billing: 1351 London Bridge Road Unit 8, Lake Havasu City, AZ 86404, United States | 01/03/2011 |
| Meyers | Pamela | Billing: 1351 London Bridge Road Unit 8, Lake Havasu City, AZ 86404, United States | 01/03/2011 |
| Milne | Robb | Billing: P.O. Box 111804, Anchorage, AK 99511, United States | 08/28/2013 |
| Milne | Michelle | Billing: P.O. Box 111804, Anchorage, AK 99511, United States | 08/28/2013 |
| Mizukami | Jeff | Billing: 2505 Demaret Drive, Lake Havasu City, AZ 86406, United States | 08/07/2013 |
| Monson | Richard | Billing: 1736 East Chestnut Blvd, Lake Havasu City, AZ 86404, United States | 08/10/2016 |
| Monson | Sonja | Billing: 1736 East Chestnut Blvd, Lake Havasu City, AZ 86404, United States | 10/14/2016 |
| Moore | Monty | Billing: 3767 Mission Plaza, Lake Havasu City, AZ 86406, United States | 09/11/2014 |
| Moore | Helen | Billing: 3767 Mission Plaza, Lake Havasu City, AZ 86406, United States | 09/12/2015 |

| Last Name | First Name | Member Address | Act. Date |
|---|---|---|---|
| Muccillo | Harold | Billing: P.O. Box 1160, Calimesa, CA 92320, United States | 08/09/2014 |
| Muccillo | Christy | Billing: P.O. Box 1160, Calimesa, CA 92320, United States | 08/09/2014 |
| Munson | Pat & Dolores | Billing: 19426 Palermo Place, Redding, CA 96003, United States | 03/05/2013 |
| Murphy | Candace | Billing: 732 Traditions Cr, Kelowna, BC V1V 2Y2, Canada | 03/14/2017 |
| Murphy | Ellery | Billing: 732 Traditions Cr, Kelowna, BC V1V 2Y2, Canada | 03/14/2017 |
| Nelson | Richard | Billing: 811 East 8th Avenue, Yuma, CO 80759, United States | 01/03/2017 |
| Nelson | Rebecca | Billing: 811 East 8th Avenue, Yuma, CO 80759, United States | 03/23/2017 |
| Nelson | Bert | Billing: 1721 Park Terrace Avenue, Lake Havasu City, AZ 86404, United States | 04/23/2017 |
| Newman | Bill | Billing: 25211 W. McMillin Drive, Channahon, IL 60410, United States<br>Summer House: 2565 Palisades Drive, Lake Havasu City, AZ 86404, United States | 12/10/2015 |
| Nickle | Ronald | Billing: 3419 El Toro Drive, Lake Havasu City, AZ 86403, United States | 09/14/2011 |
| Nudelman | Glenn | Billing: 1840 Mesquite Ave Ste B, Lake Havasu City, AZ 86403, United States | 01/28/2010 |
| Nuszer | Jim | Billing: 700 Ivy Street, Glendale, CA 91201, United States | 01/28/2010 |
| Nuszer | Maria | Billing: 700 Ivy Street, Glendale, CA 91201, United States | 10/22/2010 |
| O'Kray | Jesse | Billing: P.O. Box 995, Lake Havasu City, AZ 86405, United States | 05/21/2016 |
| Ortega | Maurice | Billing: 10125 Channel Rd., Lakeside, CA 92040, United States<br>Refuge Address: 1841 E. Deacon Drive, Lake Havasu City, AZ 86405, United States | 10/01/2009 |
| Paci | Ray | Billing: 17225 Vanderhill Circle, Perris, CA 92570, United States | 10/22/2014 |
| Paci | Robin | Billing: 17225 Vanderhill Circle, Perris, CA 92570, United States | 12/20/2016 |
| Parrott | John | Billing: 2490 Lema Drive, Lake Havasu City, AZ 86406, United States | 05/02/2014 |
| Parrott | Ellen | Billing: 2490 Lema Drive, Lake Havasu City, AZ 86406, United States | 05/02/2014 |
| Payne | Reed | Billing: 1 Carriage Hill Lane, Laguna Hills, CA 92653, United States<br>Refuge Address: 3699 N. Swilican Bridge Rd, Lake Havasu City, AZ 86404, United States | 10/01/2009 |
| Poston | Rik | Billing: P.O. Box 964, McCall, ID 83638, United States | 04/05/2013 |
| Poston | Kathy | Billing: P.O. Box 964, McCall, ID 83638, United States | 09/25/2015 |
| Powar | Mandeep | Home: 2023 Burke Lane, Lake Havasu City, AZ 86406, United States | 01/28/2010 |
| Preusse | Greg | Billing: 1745 Crestridge Lane, Eagan, MN 55122, United States<br>Summer House: 1650 Sailing Hawks #117, Lake Havasu City, AZ 86403, United States | 04/03/2014 |

| Last Name | First Name | Member Address | Act. Date |
|---|---|---|---|
| Preusse | Kathleen | Billing: 1745 Crestridge Lane, Eagan, MN 55122, United States<br>Summer House: 1650 Sailing Hawks #117, Lake Havasu City, AZ 86403, United States | 03/20/2015 |
| Putman | Jim | Billing: 2830 Swanee Lane, Lake Havasu City, AZ 86403, United States | 11/04/2015 |
| Putman | Tammie | Billing: 2830 Swanee Lane, Lake Havasu City, AZ 86403, United States | 11/04/2015 |
| Redman | Travis | Billing: 3710 Red Drive, Lake Havasu City, AZ 86404, United States | 09/01/2014 |
| Reid | Stacy | Billing: 1622 Horseshoe Bay Estates, Cold Lake, AB T9M 1G9, Canada | 10/17/2012 |
| Remy | Daniel | Billing: 1998 Felicidad, Lake Havasu City, AZ 86403, United States | 04/17/2014 |
| Reynolds | Craig | Billing: 7350 A Riverside Drive, Parker, AZ 85344, United States | 08/30/2013 |
| Reynolds | Barbara | Billing: 7390 Riverside Drive, Parker, AZ 85344, United States | 08/30/2013 |
| Rippenkroeger | Paula | Billing: 1842 Tradition Lane, Lake Havasu, AZ 86404, United States | 04/07/2016 |
| Rippenkroeger | Larry | Billing: 1842 Tradition Lane, Lake Havasu, AZ 86404, United States | 04/07/2016 |
| Roe | John | Billing: 1451 Park Terrace Avenue, Lake Havasu City, AZ 86404, United States | 04/01/2015 |
| Roe | Janet | Billing: 1451 Park Terrace Avenue, Lake Havasu City, AZ 86404, United States | 04/02/2015 |
| Romesburg | Kerry | Billing: 5715 Hwy 85 N #1515, Creastview, FL 32536, United States | 12/09/2015 |
| Romesburg | Judy | Billing: 5715 Hwy 85 N #1515, Creastview, FL 32536, United States | 12/09/2015 |
| Rowden | Nancy | Billing: 1998 Felicidad, Lake Havasu City, AZ 86403, United States | 04/17/2014 |
| Ryan | Curtis & LaDawn | Billing: PO Box 85, Cody, WY 82414, United States | 01/02/2014 |
| Sanders | Shelly | Billing: 1320 Longshore Lane, Lake Havasu City, AZ 86404, United States | 02/22/2011 |
| Sanders | Lorna | Billing: 1894 E. Tradition Lane, Lake Havasu City, Lake Havasu City, AZ 86404, United States<br>Home: 1894 E. Tradition Ln., Lake Havasu City, AZ 86404, United States | 05/12/2015 |
| Sanders | Thomas | Billing: PO BOX 513, Lake Havasu City, AZ 86405, United States | 05/12/2015 |
| Scott | John | Billing: 3799 N. Masters Court, Lake Havasu City, AZ 86404, United States | 06/20/2012 |
| Scott | Mary Ann | Billing: 3799 N. Masters Court, Lake Havasu City, AZ 86404, United States | 06/20/2012 |
| Seaver | Linda | Home: 1899 E. Troon Dr., Lake Havasu City, AZ 86404, United States | 10/01/2009 |
| Selberg | Paul | Home: 3698 Winifred Way, Lake Havasu City, AZ 86404, United States | 10/01/2009 |
| Selberg | Judy | Home: 3698 Winifred Way, Lake Havasu City 86404, United States | 10/01/2009 |
| Selman | Joel | Billing: 387 Lake Havasu Ave S, Lake Havasu City, AZ 86403, United States | 09/01/2013 |
| Settlemire | Linda | Billing: 1672 Kiowa Avenue, Lake Havasu City, AZ 86403, United States | 10/14/2013 |

| Last Name | First Name | Member Address | Act. Date |
|---|---|---|---|
| Settlemire | Steve | Billing: 1672 Kiowa Avenue, Lake Havasu City, AZ 86403, United States | 10/14/2013 |
| Shields | Morgan | Billing: 3582 N. Winifred Way, Lake Havasu City, AZ 86404, United States | 11/01/2016 |
| Shiner | Robert & Terry | Billing: 3611 Satin Court, Palmdale, CA 93551, United States | 01/12/2013 |
| Smith | Ed | Billing: 109 St. Paul Drive, Ottertail, MN 56571, United States | 01/06/2011 |
| Smith | Linda | Billing: 109 St. Paul Drive, Ottertail, MN 56571, United States | 01/06/2011 |
| Sobchuk | Tania | Home: 677 Avenida Laredo, Lake Havasu City, AZ 86406, United States | 02/11/2010 |
| Sobchuk | Ken | Home: 677 Avenida Laredo, Lake Havasu City, AZ 86406, United States | 01/06/2015 |
| Solomon | Brian | Home: 22641 Old Canal Road, Yorba Linda, CA 92887, United States | 11/05/2010 |
| Solomon | Carrie | Home: 22641 Old Canal Road, Yorba Linda, CA 92887, United States | 11/05/2010 |
| Soltesz | Dianna | Billing: 3662 N. Winifred Way, Lake Havasu City, AZ 86404, United States | 04/26/2013 |
| Stage | Don | Billing: 2771 Ann Court, Lake Havasu City, AZ 86403, United States | 05/16/2017 |
| Stage | Brenda | Billing: x, Lake Havasu City, AZ 86406, United States | 11/19/2013 |
| Stoecker | Wes | Home: 3588 N. Latrobe Dr., Lake Havasu City, AZ 86404, United States | 10/01/2009 |
| Stoecker | Janean | Home: 3588 N. Latrobe Dr., Lake Havasu City, AZ 86404, United States | 10/01/2009 |
| Stratford | Stephen | Billing: P.O. Box 1110, Lake Havasu City, AZ 86405, United States | 11/04/2013 |
| Stratford | Kim | Billing: P.O. Box 1110, Lake Havasu City, AZ 86405, United States | 11/04/2013 |
| Swaim | Jeff | Billing: 1627 Rancho Hills Drive, Lake Havasu City, AZ 91709, United States | 05/06/2017 |
| Swaim | Kristie | Billing: 1627 Rancho Hills Drive, Lake Havasu City, AZ 91709, United States | 05/06/2017 |
| Swettenam | Barbara | Billing: 2408 Pima Drive South, Lake Havasu City, AZ 86403, United States | 03/23/2014 |
| Swettenam | Fish | Billing: 2408 Pima Drive South, Lake Havasu City, AZ 86403, United States | 05/15/2015 |
| Tate | Arthur | Home: 1805 E. Deacon Dr., Lake Havasu City, AZ 86404, United States | 01/25/2010 |
| Tate | Maureen | Home: 1805 E. Deacon Dr., Lake Havasu City, AZ 86404, United States | 10/01/2009 |
| Ticknor | Steve | Billing: 3798 N. Masters Court, Lake Havasu City, AZ 86404, United States | 08/20/2014 |
| Ticknor | Lynne | Billing: 3710 Red Drive, Lake Havasu City, AZ 86404, United States | 09/01/2014 |

| Last Name | First Name | Member Address | Act. Date |
|---|---|---|---|
| Tilgner | Theron | Billing: 2561 Via Palma , Lake Havasu City, AZ 86406, United States | 07/19/2012 |
| Tilgner | Summer | Billing: 2561 Via Palma , Lake Havasu City, AZ 86406, United States | 07/19/2012 |
| Topping | Rodney | Billing: 4244 E. Wagon Wheel Drive, Lake Havasu City, AZ 86404, United States | 07/14/2015 |
| Topping | Stacey | Billing: 4244 E. Wagon Wheel Drive, Lake Havasu City, AZ 86404, United States | 07/14/2015 |
| Town | Denise | Billing: R R #2, Lacombe, AB T4L 2N2, Canada | 01/28/2010 |
| Tracy | Donna | Billing: 387 Lake Havasu Ave S, Lake Havasu City, AZ 86403, United States | 08/28/2013 |
| Ulery | Robert | Billing: 3526 N. Citation Road, Lake Havasu City, AZ 86404, United States | 08/20/2014 |
| Ulery | Annette | Billing: 1940 Burgundy Drive, Lake Havasu City, AZ 86404, United States | 09/01/2014 |
| Van Natta | Michael | Billing: 1849 Glorietta Lane, Lake Havasu City, AZ 86404, United States | 06/01/2015 |
| Van Natta | Sheri | Billing: 1849 Glorietta Lane, Lake Havasu City, AZ 86403, United States | 06/02/2015 |
| Vedder | Mike | Billing: 1325 Angler Place, Lake Havasu City, AZ 86404, United States | 10/22/2015 |
| Victor | Michael & Connie | Billing: 10731 Ironstone Court, Redmond, OR 97756, United States | 08/30/2013 |
| Waldron | Suzanne | Billing: 3260 Longview Drive, Lake Havasu City, AZ 86406, United States | 05/02/2014 |
| Ward | Brad | Billing: 3351 Thundercloud , Lake Havasu City, AZ 86406, United States | 11/22/2014 |
| Ward | Elizabeth | Billing: 3351 Thundercloud , Lake Havasu City, AZ 86406, United States | 11/22/2014 |
| Washburn | Jim | Billing: 1936 North Willow Glen Place, Star, ID 83669, United States | 10/24/2013 |
| Washburn | Chris | Billing: 1936 North Willow Glen Place, Star, ID 83669, United States | 02/28/2017 |
| Weaver | Bruce | Home: 1422 Electra Bay, Lake Havasu City, AZ 86404-2407, United States | 10/01/2009 |
| Weaver | Deborah | Home: 1422 Electra Bay, Lake Havasu City, AZ 86404-2407, United States | 10/01/2009 |
| Wegner | Peggy | Billing: 781 Donner Court, Lake Havasu City, AZ 86406, United States | 09/01/2015 |
| Wetzel | Lynell | Billing: 3672 N. Swilican Bridge Road, Lake Havasu City, AZ 86404, United States | 04/08/2016 |
| Whelan | Paul | Billing: 3825 Amberjack Bay East, Lake Havasu City, AZ 86404, United States | 10/11/2014 |
| Whelan | Kristy | Billing: 3825 Amberjack Bay East, Lake Havasu City, AZ 86404, United States | 10/11/2014 |
| Will | David | Billing: R R #2, Lacombe, AB T4L 2N2, Canada | 01/28/2010 |
| Wilson | Tom | Billing: 1833 E. Troon Drive, Lake Havasu City, AZ 86404, United States | 02/28/2013 |
| Wilson | Kimberly | Billing: 1833 E. Troon Drive, Lake Havasu City, AZ 86404, United States | 11/19/2016 |

| Last Name | First Name | Member Address | Act. Date |
|-----------|-----------|----------------|-----------|
| Witte | Sherry | Billing: 3672 N. Swilican Bridge Road, Lake Havasu City, AZ 86404, United States | 04/08/2016 |
| Woodruff | Steve | Billing: 5553 Deer Creek Lane, Alta Loma, CA 91737, United States | 11/07/2015 |
| Woodruff | Debbie | Billing: 5553 Deer Creek Lane, Alta Loma, CA 91737, United States | 11/07/2015 |
| Wozniak | Michael | Billing: 2333 Alpine Drive, Lake Havasu City, AZ 86403, United States | 12/12/2014 |
| Wozniak | Kathleen | Billing: 2090 Chapparal Drive, Lake Havasu City, AZ 86403, United States | 05/11/2015 |
| Zacher | Vonna | Billing: 1929 E. Troon Drive, Lake Havasu City, AZ 86404, United States | 02/01/2017 |
| Zacher | Jeff | Billing: 1929 E. Troon Drive, Lake Havasu City, AZ 86404, United States | 02/01/2017 |

Fill in this information to identify the case:

Debtor name    **Information Solutions, Inc. (d/b/a Refuge Golf & Country Club)**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
                                                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **City Center Executive Plaza** | **PO Box 2460 Lake Havasu City, AZ 86405** | **Horizon Community Bank** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **City Center Executive Plaza** | **PO Box 2460 Lake Havasu City, AZ 86405** | **Brian ~Thienes** | ☐ D _____ <br> ■ E/F __3.84__ <br> ☐ G _____ |
| 2.3 | **City Center Executive Plaza** | **PO Box 2460 Lake Havasu City, AZ 86405** | **The Refuge Comm Assoc** | ☐ D _____ <br> ■ E/F __3.83__ <br> ☐ G _____ |
| 2.4 | **City Center Executive Plaza** | **PO Box 2460 Lake Havasu City, AZ 86405** | **Lake Havasu City** | ☐ D _____ <br> ■ E/F __3.45__ <br> ☐ G _____ |
| 2.5 | **Jerry and Cindy Aldridge** | **4041 Vega Dr. Lake Havasu City, AZ 86404** | **Horizon Community Bank** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | Information Solutions, Inc. (d/b/a Refuge Golf & Country Club) | | Case number *(if known)* | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Jerry and Cindy Aldridge** | 4041 Vega Dr. Lake Havasu City, AZ 86404 | **Brian ~Thienes** | ☐ D _____<br>■ E/F __3.84__<br>☐ G _____ |
| 2.7 | **Jerry and Cindy Aldridge** | 4041 Vega Dr. Lake Havasu City, AZ 86404 | **The Refuge Comm Assoc** | ☐ D _____<br>■ E/F __3.83__<br>☐ G _____ |
| 2.8 | **Cindy Aldridge** | 4041 Vega Dr. Lake Havasu City, AZ 86404 | **Merrick Bank** | ☐ D _____<br>☐ E/F _____<br>■ G __2.4__ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name  **Information Solutions, Inc. (d/b/a Refuge Golf & Country Club)**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   Income

1.  **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$843,092.00** |
| **For prior year:** From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **$2,251,634.00** |
| **For year before that:** From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other  _____ | **$2,484,159.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|
| **For year before that:** From  **1/01/2015** to **12/31/2015** | **Taxable gain on sale of effluent pipe to Lake Havasu City** | **$83,757.00** |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Cindy Aldridge**<br>**4041 Vega Dr.**<br>**Lake Havasu City, AZ 86404** | 03/03/2017 | $7,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **EPCOR Water**<br>**PO Box 80036**<br>**Lake Havasu City, AZ 86403-8036** | 03/06/2017<br>03/29/2017<br>03/29/2017<br>04/03/2017 | $9,245.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **ETS**<br>**20135 Lakeview Center**<br>**Ashburn, VA 20147** | 03/01/2017<br>04/03/2017<br>03/01/2017<br>04/03/2017<br>03/01/2017<br>04/03/2017<br>03/01/2017<br>04/03/2017 | $9,245.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Horizon Community Bank**<br>**225 N Lake Havasu Ave.**<br>**Lake Havasu City, AZ 86403** | 03/06/2017<br>05/03/2017 | $53,720.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Lake Havasu City**<br>**PO Box 80016**<br>**Lake Havasu City, AZ 86403** | 03/06/2017<br>04/01/2017<br>04/01/2017<br>04/03/2017<br>04/03/2017<br>05/03/2017 | $68,351.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.6. **Mahoney Group**<br>**6029 S. Rainbow Blvd.**<br>**Las Vegas, NV 89118** | 03/06/2017 | $9,029.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.7. **Quick Bridge** **401 Exchange Street** **#150** **Irvine, CA 92602** | 02/15/2017 03/20/2017 02/16/2017 02/17/2017 02/21/2017 02/21/2017 02/22/2017 02/23/2017 02/24/2017 02/27/2017 02/28/2017 03/03/2017 03/06/2017 03/07/2017 03/08/2017 03/09/2017 03/10/2017 03/13/2017 03/14/2017 03/15/2017 03/16/2017 03/17/2017 03/21/2017 03/22/2017 | **$25,372.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.8. **Shamrock Foods Company PHX** **PO Box 52438** **Phoenix, AZ 85072** | 02/22/2017 03/06/2017 03/28/2017 04/10/2017 04/24/2017 | **$7,398.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.9. **Sysco Arizona Inc.** **P.O. Box 23430** **Phoenix, AZ 85063** | 02/15/2017 02/15/2017 02/16/2017 02/27/2017 03/05/2017 03/14/2017 03/28/2017 03/28/2017 04/05/2017 04/10/2017 04/18/2017 04/21/2017 04/24/2017 05/05/2015 | **$35,145.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.10. **Tom Gonzales** **1200 W. Cypress Rd.** **Fort Lauderdale, FL 33309** | 03/06/2017 | **$7,682.50** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Sale leaseback** |
| 3.11. **UniSource** **PO Box 80079** **Prescott, AZ 86304** | 03/06/2017 03/29/2017 04/03/2017 04/24/2017 04/24/2017 | **$22,061.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 0:17-bk-05481-MCW    Doc 1    Filed 05/17/17    Entered 05/17/17 14:14:53    Desc
Main Document     Page 61 of 88

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.12. **Crop Production Services** 210 S. Pacific Coolidge, AZ 85128 | 3/28/2017 | $7,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.13. **Karla Dunavant** 2191 Chip Drive Lake Havasu City, AZ 86406 | 03/28/2017 02/25/2017 03/08/2017 | $11,240.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Real estate commission** |
| 3.14. **Romer Beverage** 2908 E Andy Devine Ave Kingman, AZ 86401 | 02/18/2017 02/27/2017 03/06/2017 03/13/2017 03/20/2017 03/27/2017 04/03/2017 04/10/2017 04/17/2017 04/24/2017 05/08/2017 05/15/2017 | $7,255.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Cindy Aldridge** 3275 N. Latrobe Lake Havasu City, AZ 86404 | 3/3/17 | $7,000.00 | **Annual loan payment** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**    **Legal Actions or Assignments**

**7.**   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Dennis Schilling v. Information Solutions, Inc. et al**<br>S-8015-CV-201200781 | | **Mohave County Superior**<br>**401 E. Spring Street**<br>**Kingman, AZ 86401** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **Brian Thienes, et al v. City Center Executive Plaza, LLC, et al**<br>**CV2010-1563 and**<br>**CV2010-4163** | | **Mohave County Superior**<br>**401 E. Spring Street**<br>**Kingman, AZ 86401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.**   **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9.**   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

**10.**   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Fire alarm panel** | **447.51** | **10/2016** | **$1,447.51** |

---

**Part 6:**    **Certain Payments or Transfers**

**11.**   **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Forrester & Worth, PLLC 3636 N. Central Ave., Ste. 700 Phoenix, AZ 85012-1927** | | **3/22/17** | **$5,000.00** |
| | **Email or website address jrw@forresterandworth.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Forrester & Worth, PLLC 3636 N. Central Ave., Ste. 700 Phoenix, AZ 85012-1927** | | **3/23/17** | **$5,000.00** |
| | **Email or website address jrw@forresterandworth.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **Forrester & Worth, PLLC 3636 N. Central Ave., Ste. 700 Phoenix, AZ 85012-1927** | | **4/11/2017** | **$50,000.00** |
| | **Email or website address jrw@forresterandworth.com** | | | |
| | **Who made the payment, if not debtor? Lloyd Hightower** | | | |
| 11.4. | **Forrester & Worth, PLLC 3636 N. Central Ave., Ste. 700 Phoenix, AZ 85012-1927** | | **5/17/2017** | **$40,000.00** |
| | **Email or website address jrw@forresterandworth.com** | | | |
| | **Who made the payment, if not debtor? Glenn Nudelman** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | **Tom Gonzales**<br>**1200 W. Cypress Rd.**<br>**Fort Lauderdale, FL 33309** | **75 Golf carts and assorted gym**<br>**equipment sold and then leased back** | **10/1/2016** | **$140,000.00** |
| | Relationship to debtor | | | |
| 13.2. | **John Hughes**<br>**4217 Colt Dr.**<br>**Lake Havasu City, AZ 86404** | **Golf course maintenance equipment sold**<br>**and then leased back** | **10/1/2016** | **$300,000.00** |
| | Relationship to debtor | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Dockside Storage LLC**<br>**930 Port Drive**<br>**Lake Havasu City, AZ 86403** | **Jerry Aldridge**<br>**4041 Vega Dr.**<br>**Lake Havasu City, AZ 86404** | **Theatre set and costumes** | ☐ No<br>■ Yes |

<hr>

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

<hr>

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.**   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Cindy Aldridge** **4041 Vega Dr.** **Lake Havasu City, AZ 86404** | **10/01/09-present** |
| 26a.2. | **Michael Bersch CPA LLC** **375 S. Lake Havasu Ave., Ste. D** **Lake Havasu City, AZ 86403** | **December 2011-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Michael Bersch CPA LLC** **375 S. Lake Havasu Ave., Ste. D** **Lake Havasu City, AZ 86403** | **December 2011-present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Cindy Aldridge**<br>**4041 Vega Dr.**<br>**Lake Havasu City, AZ 86404** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Horizon Community Bank**<br>**225 N Lake Havasu Ave.**<br>**Lake Havasu City, AZ 86403** |
| 26d.2. | **Shelly Sanders Trust**<br>**1320 Longshore Lane**<br>**Lake Havasu City, AZ 86404** |
| 26d.3. | **Brian & Carrie Solomon**<br>**22641 Old Canal Road**<br>**Yorba Linda, CA 92887** |
| 26d.4. | **Ed or Carol Little**<br>**3875 Hillington Lane**<br>**Lake Havasu City, AZ 86404** |
| 26d.5. | **Troy Bybee**<br>**3220 Palm Grove Dr.**<br>**Lake Havasu City, AZ 86404** |
| 26d.6. | **Richard & Janene Baertsch**<br>**3364 N. Latrobe Dr.**<br>**Lake Havasu City, AZ 86404** |
| 26d.7. | **James P. & Theresa C. Washburn**<br>**1936 N. Willow Glen Pl.**<br>**Star, ID 83669** |
| 26d.8. | **Griffith Family Trust 1999**<br>**19794 Escada Court**<br>**Redding, CA 96003** |
| 26d.9. | **Pat Munson**<br>**19426 Palermo Ct.**<br>**Redding, CA 96003** |
| 26d.10. | **James J. Bryja**<br>**306 Buckingham Dr.**<br>**Venetia, PA 15367** |
| 26d.11. | **Michael & Lisa Carr**<br>**2260 Sotol Lane**<br>**Lake Havasu City, AZ 86403** |
| 26d.12. | **Theron & Summer Tilgner**<br>**2561 Via Palma**<br>**Lake Havasu City, AZ 86406** |
| 26d.13. | **Tom Cooseman**<br>**2709 Horseshoe Bay Est.**<br>**Cold Lake, AB T9M 1G9**<br>**CANADA** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Name and address |
| --- |
| 26d.14.   **Mike Aguallo**<br>**725 N. Paulina Ave.**<br>**Redondo Beach, CA 90277** |
| 26d.15.   **Jess & Dianne Aguallo Fam. Trust**<br>**1936 E. Birkdale Ln**<br>**Lake Havasu City, AZ 86404** |
| 26d.16.   **Lloyd Hightower**<br>**1830 E. Tradition Lane**<br>**Lake Havasu City, AZ 86404** |
| 26d.17.   **John Hughes**<br>**4217 Colt Dr.**<br>**Lake Havasu City, AZ 86404** |
| 26d.18.   **Raymond Paci**<br>**17225 Vanderhill Circle**<br>**Perris, CA 92570** |
| 26d.19.   **Tom Gonzales**<br>**1200 W. Cypress Rd.**<br>**Fort Lauderdale, FL 33309** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| 27.1.   **Alicia Hesterly** | **3/1/17** | **22,167** |
| **Name and address of the person who has possession of inventory records**<br>**Cindy Aldridge**<br>**4041 Vega Dr.**<br>**Lake Havasu City, AZ 86404** | | |
| 27.2.   **Alyssa Morris** | **3/1/17** | **17,822** |
| **Name and address of the person who has possession of inventory records**<br>**Cindy Aldridge**<br>**4041 Vega Dr.**<br>**Lake Havasu City, AZ 86404** | | |
| 27.3.   **Sarah Frejck** | **3/1/17** | **5,065** |
| **Name and address of the person who has possession of inventory records**<br>**Cindy Aldridge**<br>**4041 Vega Dr.**<br>**Lake Havasu City, AZ 86404** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jerry and Cindy Aldridge** | **4041 Vega Dr. Lake Havasu City, AZ 86404** | **Directors** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jerry Aldridge** | **4041 Vega Dr. Lake Havasu City, AZ 86404** | **President/CEO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Cindy Aldridge** | **4041 Vega Dr. Lake Havasu City, AZ 86404** | **Treasurer** | **2** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Glenn Nudelman** | **or Terri Dumouchel 1840 Mesquite Ave., Ste. B Lake Havasu City, AZ 86403** | | **25** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Hightower, Lloyd & Julie** | **1830 E. Tradition Lane Lake Havasu City, AZ 86404** | | **22** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Raymond Paci** | **17225 Vanderhill Circle Perris, CA 92570** | | **13** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Shelly Sanders Trust** | **1320 Longshore Lane Lake Havasu City, AZ 86404** | | **25** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☑ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Cindy Aldridge 4041 Vega Dr. Lake Havasu City, AZ 86404** | **$7,000 - Annual loan payment** | **3/3/17** | |
| | **Relationship to debtor** | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Cindy Aldridge**<br>**4041 Vega Dr.**<br>**Lake Havasu City, AZ 86404** | **$19,000** | **Various** | **Salary** |
| | Relationship to debtor | | | |
| 30.3. | **Jerry Aldridge**<br>**4041 Vega Dr.**<br>**Lake Havasu City, AZ 86404** | **$19,000** | **Various** | **Salary** |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May 17, 2017**

| /s/ Jerry Aldridge | Jerry Aldridge |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page **14** |
|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 0:17-bk-05481-MCW   Doc 1   Filed 05/17/17   Entered 05/17/17 14:14:53   Desc
Main Document     Page 72 of 88

# United States Bankruptcy Court

## District of Arizona

In re   **Information Solutions, Inc. (d/b/a Refuge Golf & Country Club)**     Case No. _____

Debtor(s)     Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mike Aguallo**<br>**725 N. Paulina Ave.**<br>**Redondo Beach, CA 90277** | | **250** | |
| **Cynthia L. Aldridge**<br>**4041 Vega Dr.**<br>**Lake Havasu City, AZ 86404** | | **1,413** | |
| **Richard & Janene Baertsch**<br>**3364 N. Latrobe Dr.**<br>**Lake Havasu City, AZ 86404** | | **250** | |
| **Bill Newman**<br>**25211 W. McMillan Dr.**<br>**Channahon, IL 60410** | | **1,750** | |
| **James J. Bryja**<br>**306 Buckingham Dr.**<br>**Venetia, PA 15367** | | **150** | |
| **Troy Bybee**<br>**3220 Palm Grove Dr.**<br>**Lake Havasu City, AZ 86404** | | **250** | |
| **Michael & Lisa Carr**<br>**2260 Sotol Lane**<br>**Lake Havasu City, AZ 86403** | | **250** | |
| **Tom Cooseman**<br>**2709 Horseshoe Bay Est.**<br>**Cold Lake, AB T9M 1G9**<br>**CANADA** | | **150** | |
| **Chuck and Diane Denney**<br>**1715 E. Tradition Ln.**<br>**Lake Havasu City, AZ 86404** | | **2,000** | |
| **Griffith Family Trust 1999**<br>**19794 Escada Court**<br>**Redding, CA 96003** | | **150** | |
| **Lloyd A. & Julia J. Hightower**<br>**1830 E. Tradition Ln**<br>**Lake Havasu City, AZ 86404** | | **17,000** | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re: __Information Solutions, Inc. (d/b/a Refuge Golf & Country Club)__      Case No. _____
                                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jesse & Dianne Aguallo Fam Trt**<br>**1936 E. Birkdale Ln**<br>**Lake Havasu City, AZ 86404** | | **143** | |
| **Ed or Carol Little**<br>**3875 Hillington Lane**<br>**Lake Havasu City, AZ 86404** | | **250** | |
| **Pat Munson**<br>**19426 Palermo Ct.**<br>**Redding, CA 96003** | | **150** | |
| **Glenn Nudelman**<br>**or Terri Dumouchel**<br>**1840 Mesquite Ave., Ste. B**<br>**Lake Havasu City, AZ 86403** | | **20,000** | |
| **Raymond Paci**<br>**17225 VANDERHILL CIRCLE**<br>**Perris, CA 92570** | | **10,000** | |
| **Rik & Kathy Poston**<br>**P O Box 964**<br>**McCall, ID 83638** | | **714** | |
| **Shelly Sanders Trust**<br>**1320 Longshore Ln**<br>**Lake Havasu City, AZ 86404** | | **20,000** | |
| **Brian & Carrie Solomon**<br>**22641 Old Canal Road**<br>**Yorba Linda, CA 92887** | | **1,500** | |
| **Theron & Summer Tilgner**<br>**2561 Via Palma**<br>**Lake Havasu City, AZ 86406** | | **300** | |
| **James P & Theresa C Washburn**<br>**1936 N. Willow Glen Pl.**<br>**Star, ID 83669** | | **2,075** | |

In re: **Information Solutions, Inc. (d/b/a Refuge Golf & Country Club)**      Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 17, 2017** _____     Signature   **/s/ Jerry Aldridge** _____

                                                          **Jerry Aldridge**

<em>Penalty for making a false statement of concealing property:</em> Fine of up to $500,000 or imprisonment for up to 5 years or both.<br>18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re    __Information Solutions, Inc. (d/b/a Refuge Golf & Country Club)__      Case No. _____

                             Debtor(s)      Chapter    __11__ _____

# DECLARATION

I, the President of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the

Master Mailing List, consisting of __11__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date:    __May 17, 2017__ _____      __/s/ Jerry Aldridge__ _____

                                            __Jerry Aldridge__/President
                                            Signer/Title

Date:    __May 17, 2017__ _____      __/s/ John R. Worth__ _____

                                            Signature of Attorney
                                            __John R. Worth 012950__
                                            __Forrester & Worth, PLLC__
                                            __3636 N. Central Ave., Ste. 700__
                                            __Phoenix, AZ 85012-1927__
                                            __(602) 258-2729  Fax: (602) 271-4300__

MML-5

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

A&E SERVICES
289 LAKE HAVASU AVE S
SUITE˙200
LAKE HAVASU CITY, AZ 86403

ANDERSON, STEVE, SIENNA, AND
STEPHANIE
3727 WINIFRED WAY
LAKE HAVASU CITY, AZ 86404

DAN BARR
PERKINS COIE LLP
2901 N. CENTRAL AVE STE 2000
PHOENIX, AZ 85012-2788

A.D. WILLIAMS TURF SPRAYERS
29921 W. ROOSEVELT ST.
BUCKEYE, AZ 85396

ARIZONA DEPARTMENT OF REVENUE
P.O. BOX 29070
PHOENIX, AZ 85038

JIM & BARBARA BARTOL
1979 FALLEN LEAF LANE
LINCOLN, CA 95648

JESS & DIANNE AGUALLO
FAMILY TRUST
1936 E. BIRKDALE LN
LAKE HAVASU CITY, AZ 86404

ARIZONA GOLF ASSOCIATION
7600 EAST REDFIELD ROAD #130
SCOTTSDALE, AZ 85260

BEHMAN, JAMES & JOANNE
71 TAYLOR BLVD.
MEDICINE HAT,
AB T1B 4A5
CANADA

MIKE AGUALLO
725 N. PAULINA AVE.
REDONDO BEACH, CA 90277

ARIZONA WOMENS GOLF
ASSOCIATION
141 EAST PALM LANE #210
PHOENIX, AZ 85004

BOB'S ELECTRIC MOTORS
2030 HOLLY AVENUE
SUITE 3
LAKE HAVASU CITY, AZ 86403

ALBA
77 EAST COLUMBUS AVENUE
SUITE #102
PHOENIX, AZ 85012

ASH, DONNA
3407 PALM GROVE DRIVE
LAKE HAVASU CITY, AZ 86404

ASHLEI BOGUE
PO BOX 265
SUMNER, WA 98390

ALSCO
4707 W. CAMELBACK ROAD
PHOENIX, AZ 85031

BABBITT, MICHAEL & RACHELLE
1730 PRIVATEER DRIVE
LAKE HAVASU CITY, AZ 86403

RON & KIM BONISH
BOX 1220
FORT QU'APPELE, SK S0G 1S0
CANADA

ALTERNATOR SPECIALTIES
1944 WEST ACOMA BLVD. UNIT D
LAKE HAVASU CITY, AZ 86404

BACK TO BASICS
1930 MESQUITE AVE, SUITE 2
LAKE HAVASU CITY, AZ 86403

DANA & YOLANDA BONSALL
3562 N CITATION ROAD
LAKE HAVASU CITY, AZ 86404

AMERICAN EXPRESS BANK, FSB
4315 S. 2700 WEST
SALT LAKE CITY, UT 84184

RICHARD BAERTSCH
3364 N LATROBE DR
LAKE HAVASU CITY, AZ 86404

BOWMAN, MARK& DEIDRA
20861 FALLEN LEAF ROAD
YORBA LINDA, CA 92886

AMERICAN GRAPHICS
2210 COLLEGE DR.
LAKE HAVASU CITY, AZ 86403

RICHARD & JANENE BAERTSCH
3364 N. LATROBE DR.
LAKE HAVASU CITY, AZ 86404

HARRY & DIANA BOYLE
2235 CLUBHOUSE DR
PRESCOTT, AZ 86301

ANDERSON, STEPHANIE
3727 WINIFRED WAY
LAKE HAVASU CITY, AZ 86404

BAKER COMMODITIES INC.
3602 W. ELMWOOD
PHOENIX, AZ 85009

BOYNTON, ROBERT & JANICE
PO BOX 3265
WINTER PARK, CO 80482

BRIDGESTONE GOLF
PO BOX 2908
CAROL STREAM, IL 60132

CARMODY, SHERI
3194 WINTERHAVEN
LAKE HAVASU CITY, AZ 86404

CLUB FORMS
100-C BISHOP ST.
WINSTON SALEM, NC 27104

JAMES & CORAL BRYJA
306 BUCKINGHAM DR.
VENETIA, PA 15367

TOM & SHERI CARMODY
3194 WINTERHAVEN
LAKE HAVASU CITY, AZ 86404

COAKLEY, CHERI
800 THE MARK LANE
UNIT 2105
SAN DIEGO, CA 92101

JIM & CORAL BRYJA
306 BUCKINGHAM DR
VENETIA, PA 15367

MICHAEL & LISA CARR
2260 SOTOL LANE
LAKE HAVASU CITY, AZ 86403

COAKLEY, FRANK
3692 N. CITATION ROAD
LAKE HAVASU CITY, AZ 86404

JEFF & PAULA BURKE
61 TENNIS VILLAS DR
DANA POINT, CA 92629

HITENDRA CHAUHAN
2023 BURKE LN
LAKE HAVASU CITY, AZ 86406

COALMER, DALE & SALLI
3472 N. WINIFRED WAY
LAKE HAVASU CITY, AZ 86404

BURSEY & ASSOCIATES, PC
6740 N ORACLE RD., STE. 151
TUCSON, AZ 85704

CHIAPPETTA, DENNIS
45 LOS COYOTES DRIVE
POMONA, CA 91766

STEVE & DEBI COCKRELL
1058 MONTROSE DR
LAKE HAVASU CITY, AZ 86406

TROY & SANDY BYBEE
3220 PALM GROVE DR.
LAKE HAVASU CITY, AZ 86404

CINDY ALDRIDGE
4041 VEGA DR.
LAKE HAVASU CITY, AZ 86404

RANDEY & TERESA COLE
2235 ATLANTIC DR
LAKE HAVASU CITY, AZ 86404

CALLAWAY GOLF
PO BOX 9002
CARLSBAD, CA 92018

CITY CENTER EXECUTIVE PLAZA
PO BOX 2460
LAKE HAVASU CITY, AZ 86405

COOKE, SWAN
1325 ANGLER PLACE
LAKE HAVASU CITY, AZ 86404

CALTON'S OFFICE EQUIPMENT
PO BOX 2878
LAKE HAVASU CITY, AZ 86405

DON CLARK
1425 MCCULLOCH BLVD. STE C
LAKE HAVASU CITY, AZ 86403

TOM & KIM COOSEMANS
2709 HORSESHOE BAY EST.
COLD LAKE, AB T9M 1G9
CANADA

CAMPBELL REDI-MIX
1510 COPPER DRIVE
LAKE HAVASU CITY, AZ 86403

CLARK, DON
1425 MCCULLOCH BLVD.
SUITE C
LAKE HAVASU CITY, AZ 86403

COPPER POINT
P O BOX 33069
PHOENIX, AZ 85067

CARD SERVICE CENTER
P O BOX 569120
DALLAS, TX 75356

SYLVIA CLARK
1780 DEER RUN DR
LAKE HAVASU CITY, AZ 86404

DOMINICK CORDOLA
3639 BLUECREST DRIVE
LAKE HAVASU CITY, AZ 86406

CORPORATION SERVICE COMPANY
PO BOX 2576
LAKE HAVASU CITY, AZ 86404

RODGER & DIANA DELK
1990 MCCULLOCH BLVD
D-396
LAKE HAVASU CITY, AZ 86403

TIMOTHY & ROBIN EDWARDS
1412 M ST SE
AUBURN, WA 98002

COX MEDIA
PO BOX 105353
ATLANTA, GA 30348

CHUCK & DIANA DENNEY
1715 E TRADITION LANE
LAKE HAVASU CITY, AZ 86404

EISINGER SMITH, INC.
PO BOX 5008
GOLDEN, CO 80401

CRAIG FIRE PROTECTION
2051 HOLLY AVE. # 102
LAKE HAVASU CITY, AZ 86403

MARCEL & ANNMARIE DESAULNIERS
277, 52555 RANGE RD 223
SHERWOOD PK, AB T8A 6M8
CANADA

RANDY & KAREN ERWIN
PO BOX 1620
LAKE HAVASU CITY, AZ 86405-1620

CROMBACH, JOHN & DANITA
1698 E. TRADITION LANE
LAKE HAVASU CITY, AZ 86404

DESERT TURTLE, ENT.
2593 RAINBOW COURT
LAKE HAVASU CITY, AZ 86403

FARMER BROTHERS
PO BOX 79705
CITY OF INDUSTRY, CA 91716

CROP PRODUCTION SERVICES, INC.
7020 W. WARM SPRINGS ROAD
SUITE 140
LAS VEGAS, NV 89113

DEYOUNG, DAVE & MARY ANNE
1741 CABANA DRIVE
LAKE HAVASU CITY, AZ 86404

STUART FLAMM
3340 ARAPAHO DRIVE
LAKE HAVASU CITY, AZ 86406

CROWTHER ENGINEERING
473 S. RIVER RD. #1-144 ST.
SAINT GEORGE, UT 84790

DOCKSIDE STORAGE LLC
930 PORT DRIVE
LAKE HAVASU CITY, AZ 86403

AARON FRANSON
49627 CO RD L
YUMA, CO 80759

CULLIGAN OF HAVASU
2161 W. ACOMA BLVD.
LAKE HAVASU CITY, AZ 86403

DUMOUCHEL-NUDELMAN, TERRI
1840 MESQUITE AVENUE
SUITE B
LAKE HAVASU CITY, AZ 86403

TRAVIS FRINK
19758 BROMLEY LANE
HUNTINGTON BEACH, CA 92646

CUMMINGS, JULIE
3419 EL TORO DRIVE
LAKE HAVASU CITY, AZ 86403

DUNAVANT, MICHAEL
2191 CHIP DRIVE
LAKE HAVASU CITY, AZ 86406

GALLIO, LINA
PO BOX 995
LAKE HAVASU CITY, AZ 86405

CLARK & ANN CURLEY
828 MIDDLE ROAD
FULTON, IL 61252

JOSEPH DVORAK
1826 HALLER WAY
SAINT CLOUD, MN 56301

GARNETT, JACK & JOAN
3815 N. MASTERS COURT
LAKE HAVASU CITY, AZ 86404

DECO FOODSERVICE
700 W. BROADWAY
PO BOX 915
NEEDLES, CA 92363

ECOLAB
PO BOX 100512
PASADENA, CA 91189

CHAD GARRISON
2481 FANNIN DR
LAKE HAVASU CITY, AZ 86403

GATES, RANDY
677 AVENIDA LAREDO
LAKE HAVASU CITY, AZ 86406

FENIX GREENWOOD
709 S. KOFA AVENUE
PARKER, AZ 85344

HAVASU PEST CONTROL
2761 MARICOPA AVE.
LAKE HAVASU CITY, AZ 86406

BILL & KIM GIBBONS
1793 E TRADITION LANE
LAKE HAVASU CITY, AZ 86404

ROBERT & JANET GRIESMEYER
1282 TOWHEE TRL
PORT WASHINGTON, WI 53074

HELGELAND, DALE
2585 FANNIN DRIVE
LAKE HAVASU CITY, AZ 86403

JEFF GILBERT
3479 MCCULLOCH BLVD
#2
LAKE HAVASU CITY, AZ 86406

GRIFFITH FAMILY TRUST 1999
19794 ESCADA COURT
REDDING, CA 96003

SHERMAN HENSON
1750 KIOWA AVE
LAKE HAVASU CITY, AZ 86404

TERRENCE & LISA GLEASON
1972 MESQUITE AVE
LAKE HAVASU CITY, AZ 86403

LARRY & CAROLYN GRIFFITH
19794 ESCADA CT
REDDING, CA 96003

HICKS COOLING & HEATING
2030 HOLLY AVENUE
SUITE 4
LAKE HAVASU CITY, AZ 86403

TERRENCE & LISA GLEASON
1724 E TRADITION LN
LAKE HAVASU CITY, AZ 86404

GROSMICK, STEVEN & JAMI
2211 FREMONT DRIVE
LAKE HAVASU CITY, AZ 86406

LLOYD HIGHTOWER
1830 E. TRADITION LANE
LAKE HAVASU CITY, AZ 86404

BECKY GOLDBERG
3372 CHEMEHUEVI BLVD
LAKE HAVASU CITY, AZ 86406

GS MEDIA
PO BOX 9290
OXNARD, CA 93031

HIGHTOWER, LLOYD & JULIE
1830 E. TRADITION LANE
LAKE HAVASU CITY, AZ 86404

TOM GONZALES
1200 W. CYPRESS RD.
FORT LAUDERDALE, FL 33309

DAVID & JEANNE HANSEL
31972 S LONE VISTA WAY
ORACLE, AZ 85623

HILL, RONALD & ANGIE
3713 N. WINIFRED WAY
LAKE HAVASU CITY, AZ 86404

ROCKY GORDER
3273 N ARNOLD PALMER DR
LAKE HAVASU CITY, AZ 86404

HANSEN, BOBBYE & MICKEY
3762 N. MASTERS COURT
LAKE HAVASU CITY, AZ 86404

HILLER, CHARLENE
525 E. BAYSHORE RD.
REDWOOD CITY, CA 94063

ROCKY & MARTHA GORDER
1642 MCCULLOCH BLVD N
#327
LAKE HAVASU CITY, AZ 86403

HARRINGTON, CAROLE
3340 ARAPAHO DRIVE
LAKE HAVASU CITY, AZ 86406

HILLER, STEPHEN
525 E. BAYSHORE RD.
REDWOOD CITY, CA 94063

GORDER, ROCKY & MARTHA
3272 N. ARNOLD PALMER DRIVE
LAKE HAVASU CITY, AZ 86404

HAVASU LIVING MAGAZINE
PO BOX 3012
LAKE HAVASU CITY, AZ 86405

HOLECHEK, MARK & CINDY
1010 AVIENDA DEL SOL
LAKE HAVASU CITY, AZ 86406

BRYAN & AMBER HOLLAND
3500 AMBERWOOD PL
LAKE HAVASU CITY, AZ 86404

JOHN & FRANCIS IRWIN
1831 HILLTOP LANE
LAKE HAVASU CITY, AZ 86404

TIMOTHY & MIRANDA JONES
PO BOX 26150
FRESNO, CA 93729

HOME DEPOT
CREDIT SERVICES DEPT. 32
PO BOX 9001030
LOUISVILLE, KY 40290

JACK'S AUTO PARTS
1551 PALO VERDE BLVD
LAKE HAVASU CITY, AZ 86403

TIMOTHY & MIRANDA JONES
6676 N FORKNER AVE
FRESNO, CA 93711

HORIZON COMMUNITY BANK
225 N LAKE HAVASU AVE.
LAKE HAVASU CITY, AZ 86403

JACOBSENWEST
P.O. BOX 101282
PASADENA, CA 91189

JULIUS, KEN & TERRI
9 VIEWPOINT PLACE
LAGUNA NIGUEL, CA 92677

CRAIG & LAURA HOSKINS
24670 LAS PATRANAS
YORBA LINDA, CA 92887

MARK & SHARON JAKOBSEN
RR1
TILLEY, AB T0J3K0
CANADA

GREG & CHRISTIE KALAGIAN
1878 E TRADITION LN
LAKE HAVASU CITY, AZ 86404

CRAIG & LAURA HOSKINS
3787 MASTERS COURT
LAKE HAVASU CITY, AZ 86404

JENNINGS, JEFF
3662 N. WINIFRED WAY
LAKE HAVASU CITY, AZ 86404

KARLOWICH, LYNNE
1622 HORSESHOE BAY ESTATES
COLD LAKE
AB T9M 1G9
CANADA

BURT & ANNIE HOSTRAWSER
2810 OAKRIDGE DR
LAKE HAVASU CITY, AZ 86403

JERRY AND CINDY ALDRIDGE
4041 VEGA DR.
LAKE HAVASU CITY, AZ 86404

KEARNS, RODERICK & JANET
3060 SILVERSMITH BAY
LAKE HAVASU CITY, AZ 86406

JOHN HUGHES
4217 COLT DR.
LAKE HAVASU CITY, AZ 86404

ALLAN & ELAINE JOHANNSON
1820 SENTINEL DR
LAKE HAVASU CITY, AZ 86404

KENNETH & PAT KENNEDY
2224 LITTLER LANE
#4
LAKE HAVASU CITY, AZ 86404

LOU HUNT
P O BOX 1013
LAKE HAVASU CITY, AZ 86405

ALLAN & ELAINE JOHANNSON
5913 45TH ST CRESCENT
INNISFAIL, AB T4G 1L4
CANADA

KENNEDY, KENNETH & PAT
803 CIRCLE DRIVE
WHEATLAND, WY 82201

INDEPENDENT ELECTRIC SUPPLY
PO BOX 749793
LOS ANGELES, CA 90074

BRIAN JOHANNSON
36326 RANGE RD 25
RED DEER COUNTY, AB T4G 0K4
CANADA

KESEAD, HEIKE
3582 N. WINIFRED WAY
LAKE HAVASU CITY, AZ 86404

JOHN & FRANCIS IRWIN
1585 COPPER DR
LAKE HAVASU CITY, AZ 86403

JOHANNSON, GAYLE
36326 RANGE ROAD 25
RED DEER COUNTY
AB T4G 0K4
CANADA

THOMAS & JUDITH KIRCHNER
2349 INVERNESS DR
LAKE HAVASU CITY, AZ 86404

BRAD & CONNIE KLOEPFER
1689 CARDINAL DR
LAKE HAVASU CITY, AZ 86403

LARSON EQUIPMENT CO.
1950 HOLLY AVE.
LAKE HAVASU CITY, AZ 86404

ANDREW LOTTS
9026 W. FLOWER STREET
PHOENIX, AZ 85037

JOHN & LESLIE KNUTSON
2105 STONECREST DR
EUGENE, OR 97401

RAMON & RENE LEE
3898 SWEETGRASS DR
LAKE HAVASU CITY, AZ 86406

LYNCH, JILL
1721 PARK TERRACE AVENUE
LAKE HAVASU CITY, AZ 86404

KOROL, ROBERT & JOAN
3146 DAYTONA AVENUE
LAKE HAVASU CITY, AZ 86403

BERT & MEL LEFFLER
PO BOX 377
BENKELMAN, NE 69021

JIM & KATHY LYON
3885 HIGHLANDER AVE
LAKE HAVASU CITY, AZ 86406

KUDRNA, JEWEL
1827 E. SAVANNAH DRIVE
LAKE HAVASU CITY, AZ 86404

LEWIS, HARRY
3915 SILVER CLIPPER LANE
LAKE HAVASU CITY, AZ 86406

MAHONEY GROUP
6029 S. RAINBOW BLVD.
LAS VEGAS, NV 89118

RICHARD KUDRNA
1163 AUTUMN HILLS RD
GARDNERVILLE, NV 89460

ED LITTLE
3875 HILLINGTON LANE
LAKE HAVASU CITY, AZ 86404

MASONRY & MORE
3479 MCCULLOCH BLVD.
LAKE HAVASU CITY, AZ 86406

LAKE HAVASU CITY
PO BOX 80016
LAKE HAVASU CITY, AZ 86403

LITTLE, ED & CAROL
3875 HILLINGTON LANE
LAKE HAVASU CITY, AZ 86404

MIKE & ROBIN MATLOCK
3754 N TRADITION WY
LAKE HAVASU CITY, AZ 86404

LAKE HAVASU CITY
ATTORNEY'S OFFICE
2330 MCCULLOCK BLVD. N.
LAKE HAVASU CITY, AZ 86406

E FRANKLIN LIVINGSTONE
3560 ORO GRANDE BLVD
LAKE HAVASU CITY, AZ 86406

RON & JANET MAY
3073 ORO GRANDE BLVD
LAKE HAVASU CITY, AZ 86406

LAMAR COMPANIES
PO BOX 96030
BATON ROUGE, LA 70896

LONDON BRIDGE PLUMBING INC
PO BOX 3567
LAKE HAVASU CITY, AZ 86405

MAZICK, MIKE & JACKIE
1787 E. TRADITION LANE
LAKE HAVASU CITY, AZ 86404

LANKENAU, JOHN & NANCY
1815 E. TROON DRIVE
LAKE HAVASU CITY, AZ 86404

LONDON BRIDGE RESORT
1477 QUEENS BAY
LAKE HAVASU CITY, AZ 86403

MCANDREW, CHASE
430 EL CAMINO WAY
LAKE HAVASU CITY, AZ 86403

BEN & KIMBERLY LAPARNE
3604 WINIFRED WAY
LAKE HAVASU CITY, AZ 86404

JIM & BRENDA LONGSHORE
1324 LONGSHORE
LAKE HAVASU CITY, AZ 86404

MCANDREW, JAKE
430 EL CAMINO WAY
LAKE HAVASU CITY, AZ 86403

MIKE MCANDREW
430 EL CAMINO WAY
LAKE HAVASU CITY, AZ 86403

ROB & MICHELLE MILNE
PO BOX 111804
ANCHORAGE, AK 99511

MURPHY, ELLERY
732 TRADITIONS CR
KELOWNA
BC V1V 2Y2
CANADA

MARK MCKEE
3856 NOTTING HILL RD
LAKE HAVASU CITY, AZ 86404

JEFF MIZUKAMI
2505 DEMARET DR
LAKE HAVASU CITY, AZ 86406

NELSON, BERT
1721 PARK TERRACE AVENUE
LAKE HAVASU CITY, AZ 86404

MCKEE, NOLA
PO BOX 148
AYLSHAM
SK S0E 0C0
CANADA

JENNY MOCKRIDGE
3550 BAY SANDS DR.
UNIT 2046
LAUGHLIN, NV 89029

RICHARD & REBECCA NELSON
811 EAST 8TH AVE
YUMA, CO 80759

MCVEY, GENEVA
2585 FANNIN DRIVE
LAKE HAVASU CITY, AZ 86403

MOHAVE COUNTY HEALTH DEPT.
2001 COLLEGE DRIVE
SUITE 95 LHC
LAKE HAVASU CITY, AZ 86403

BILL NEWMAN
25211 W. MCMILLIN DRIVE
CHANNAHON, IL 60410

ALAN MEDA
BURCH & CRACCHIOLO, P.A.
702 E. OSBORN RD., STE. 200
PHOENIX, AZ 85014

MOHAVE SECURITY LHC
P O BOX 2397
LAKE HAVASU CITY, AZ 86405

BILL NEWMAN
25211 W MCMILLIN DR
CHANNAHON, IL 60410

WAYNE & LESLIE MELNYK
9 SOMERSET LN
#604
EDGEWATER, NJ 07020

RICHARD & SONJA MONSON
1736 E CHESTNUT BLVD
LAKE HAVASU CITY, AZ 86404

BILL NEWMAN
2565 PALISADES DR
LAKE HAVASU CITY, AZ 86404

MERRICK BANK/ETS CORPORATION
101 CROSSWAYS PARK WEST
WOODBURY, NY 11797

MONTY & HELEN MOORE
3767 MISSION PLAZA
LAKE HAVASU CITY, AZ 86406

RONALD NICKLE
3419 EL TORO DR
LAKE HAVASU CITY, AZ 86403

GARY & PAMELA MEYERS
1351 LONDON BRIDGE RD
UNIT 8
LAKE HAVASU CITY, AZ 86404

HAROLD & CHRISTY MUCCILLO
PO BOX 1160
CALIMESA, CA 92320

NORTHSTAR TECHNOLOGIES, INC
3650 MANSELL RD. SUITE #225
ALPHARETTA, GA 30022

DARRELL MILLS
PO BOX 460
CLARKSTON, WA 99403

PAT & DOLORES MUNSON
19426 PALERMO PLACE
REDDING, CA 96003

GLENN NUDELMAN
1840 MESQUITE AVE
SUITE B
LAKE HAVASU CITY, AZ 86403

DARRELL MILLS
3478 N LATROBE DR
LAKE HAVASU CITY, AZ 86404

CANDACE MURPHY
732 TRADITIONS CR
KELOWNA, BC V1V 2Y2
CANADA

JIM & MARIA NUSZER
700 IVY ST
GLENDALE, CA 91201

O'KRAY, JESSE
PO BOX 995
LAKE HAVASU CITY, AZ 86405

PITNEY BOWES
PO BOX 371887
PITTSBURGH, PA 15250-7887

JIM & TAMMIE PUTNAM
2830 SWANEE LANE
LAKE HAVASU CITY, AZ 86403

BRIAN OAR
860 DUSTY ROCK CIRCLE
SANDY, UT 84094

RIK & KATHY POSTON
P O BOX 964
MCCALL, ID 83638

R&R PRODUCTS, INC.
3334 EAST MILBER STREET
TUCSON, AZ 85714

MAURICE ORTEGA
10125 CHANNEL RD
LAKESIDE, CA 92040

POWAR, MANDEEP
2023 BURKE LANE
LAKE HAVASU CITY, AZ 86406

RAYMOND W. STADLER, P.E.
2504 AIRFIELD COURT
KINGMAN, AZ 86401

MAURICE ORTEGA
1841 E DEACON DR
LAKE HAVASU CITY, AZ 86405

PRAXAIR DISTRIBUTION
PO BOX 120812
DEPT 0812
DALLAS, TX 75312

REALTOR SIGN SERVICE
P O BOX 1825
LAKE HAVASU CITY, AZ 86405

RAY & ROBIN PACI
17225 VANDERHILL CIRCLE
PERRIS, CA 92570

PREMIER GOLF CARS
2707 MARICOPA AVE.
LAKE HAVASU CITY, AZ 86406

REDMAN, TRAVIS
3710 REED DRIVE
LAKE HAVASU CITY, AZ 86404

PARROTT, JOHN & ELLEN
2490 LEMA DRIVE
LAKE HAVASU CITY, AZ 86406

GREG & KATHLEEN PREUSSE
1745 CRESTRIDGE LN
SAINT PAUL, MN 55122

STACY REID
1622 HORSESHOE BAY ESTATES
COLD LAKE, AB T9M 1G9
CANADA

REED PAYNE
1 CARRIAGE HILL LN
LAGUNA HILLS, CA 92653

GREG & KATHLEEN PREUSSE
1650 SAILING HAWKS
#117
LAKE HAVASU CITY, AZ 86403

DANIEL REMY
1998 FELICIDAD DR
LAKE HAVASU CITY, AZ 86403

REED PAYNE
3699 N SWILICAN BRIDGE RD
LAKE HAVASU CITY, AZ 86404

PRISCILLA LA COSTE
15578 N PEAK LANE
FONTANA, CA 92336

REPUBLIC SERVICES
PO BOX 78829
PHOENIX, AZ 85062

JENNIFER PEREZ
44221 GALION AVENUE
LANCASTER, CA 93536

PRIVATE CLUB NETWORK
330 S. WARMINSTER RD.
SUITE 360
HATBORO, PA 19040

REYNOLDS, BARBARA
7390 RIVERSIDE DRIVE
PARKER, AZ 85344

PERKINS COIE, LLP
ATTN: CARL FOSTER
1201 3RD AVE. STE. 4800
SEATTLE, WA 98101

PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA 15250

REYNOLDS, CRAIG
7350 A. RIVERSIDE DRIVE
PARKER, AZ 85344

RIPPENKROEGER, LARRY & PAULA
1842 TRADITION LANE
LAKE HAVASU CITY, AZ 86404

SHELLY SANDERS
1320 LONGSHORE LANE
LAKE HAVASU CITY, AZ 86404

SHIELDS, MORGAN
3582 N. WINIFRED WAY
LAKE HAVASU CITY, AZ 86404

NICHOLAS RIZZO
2125 PALMER DR
LAKE HAVASU CITY, AZ 86406

SANDERS, THOMAS
PO BOX 513
LAKE HAVASU CITY, AZ 86405

ROBERT & TERRY SHINER
3611 SATIN COURT
PALMDALE, CA 93551

RJ MARKETING CONCEPTS
1990 MCCULLOCH BLVD N
STE D 161
LAKE HAVASU CITY, AZ 86404

SCOTT, JOHN & MARY ANNE
3799 N. MASTERS COURT
LAKE HAVASU CITY, AZ 86404

SHORELINE PLUMBING
781 N. LAKE HAVASU AVE. #2
LAKE HAVASU CITY, AZ 86403

JOHN & JANET ROE
1451 PARK TERRACE AVE
LAKE HAVASU CITY, AZ 86404

SEAVER, LINDA
1899 E. TROON DRIVE
LAKE HAVASU CITY, AZ 86404

SIMPSON NORTON
4144 S. BULLARD AVENUE
GOODYEAR, AZ 85338

KERRY & JUDY ROMESBURG
5715 HWY 85 N
#1515
CRESTVIEW, FL 32536

PAUL & JUDY SELBERG
3698 WINIFRED WAY
LAKE HAVASU CITY, AZ 86404

JEREMY SMELTZER
5280 S. DOWNEY ROAD
FORT MOHAVE, AZ 86426

ROWDEN, NANCY
1998 FELICIDAD
LAKE HAVASU CITY, AZ 86403

JOEL SELMAN
387 LAKE HAVASU AVE S
LAKE HAVASU CITY, AZ 86403

ED & LINDA SMITH
109 ST PAUL DRIVE
OTTERTAIL, MN 56571

SAMANTHA ROWSSE
1065 ROLLING HILLS DRIVE
LAKE HAVASU CITY, AZ 86406

SESAC
59 MUSIC SQUARE EAST
NASHVILLE, TN 37203

SOBCHUK, KEN & TANIA
677 AVENIDA LAREDO
LAKE HAVASU CITY, AZ 86406

CURTIS & LADAWN RYAN
PO BOX 85
CODY, WY 82414

SETTLEMIRE, STEVE & LINDA
1672 KIOWA AVENUE
LAKE HAVASU CITY, AZ 86403

BRIAN & CARRIE SOLOMON
22641 OLD CANAL ROAD
YORBA LINDA, CA 92887

SAM NICHOLS ELECTRICAL
66 CAPRI LANE
LAKE HAVASU CITY, AZ 86403

SHAMROCK FOODS COMPANY PHX
PO BOX 52438
PHOENIX, AZ 85072

SOLTESZ, DIANNA
3662 N. WINIFRED WAY
LAKE HAVASU CITY, AZ 86404

SANDERS, LORNA
1894 E. TRADITION LANE
LAKE HAVASU CITY, AZ 86404

SHELLY SANDERS TRUST
1320 LONGSHORE LANE
LAKE HAVASU CITY, AZ 86404

SONDELIUS RESIDENCE
1990 CATFISH COVE
LAKE HAVASU CITY, AZ 86404

SOUTH SIDE SIGNS
2800 SWEETWATER AVE. STE A101
LAKE HAVASU CITY, AZ 86406

SWETTENAM, FISH & BARBARA
2408 PIMA DRIVE SOUTH
LAKE HAVASU CITY, AZ 86403

TICKNOR, STEVE & LYNNE
3798 N. MASTERS COURT
LAKE HAVASU CITY, AZ 86404

SPARKLETTS
PO BOX 1370
LAKE HAVASU CITY, AZ 86405

RICHARD SWETTENAM
2408 PIMA DRIVE SOUTH
LAKE HAVASU CITY, AZ 86403

THERON & SUMMER TILGNER
2561 VIA PALMA
LAKE HAVASU CITY, AZ 86406

STAGE, DON & BRENDA
2771 ANN COURT
LAKE HAVASU CITY, AZ 86403

SWIRE COCA-COLA
PO BOX 1625
DRAPER, UT 84020

TITLEIST
PO BOX 88112
CHICAGO, IL 60695

STAR NURSERY
4140 STOCKTON HILL ROAD
KINGMAN, AZ 86409

SYSCO ARIZONA INC.
P.O. BOX 23430
PHOENIX, AZ 85063

RODNEY & STACEY TOPPING
4244 E WAGON WHEEL DR
LAKE HAVASU CITY, AZ 86404

WES & JANEAN STOECKER
3588 N LATROBE DR
LAKE HAVASU CITY, AZ 86404

T.R. ORR, INC.
3965 N. BANK STREET
KINGMAN, AZ 86409

TOWN, DENISE
R R #2
LACOMBE
AB T4L 2N2
CANADA

STEPHEN & KIM STRATFORD
PO BOX 1110
LAKE HAVASU CITY, AZ 86405

ARTHUR & MAUREEN TATE
1805 E DEACON DR
LAKE HAVASU CITY, AZ 86404

TRACY, DONNA
387 LAKE HAVASU AVE. S.
LAKE HAVASU CITY, AZ 86403

SUDDENLINK
P.O. BOX 660365
DALLAS, TX 75266

DOUGLAS TAYLOR
1846 E TROON DR
LAKE HAVASU CITY, AZ 86404

TRI-STATE RENTALS
82 NORTH LAKE HAVASU AVE
LAKE HAVASU CITY, AZ 86403

SHAWNY SULLIVAN
1710 AVALON AVENUE
LAKE HAVASU CITY, AZ 86404

THE REFUGE COMM ASSOC
C/O PENNY KOEPKE
MAXWELL & MORGAN PC
4854 E. BASELINE RD., STE. 104
MESA, AZ 85206

DAN TRUMBULL
2871 BARITE DR
LAKE HAVASU CITY, AZ 86404

SUPPORT PAYMENT CLEARINGHOUSE
P O BOX 52107
PHOENIX, AZ 85072

BRIAN THIENES
C/O FRANKLYN D. JEANS
BEUS GILBERT PLLC
701 N. 44TH ST.
PHOENIX, AZ 85008

TURF CONTROL
18521 E. QUEEN CREEK ROAD
SUITE 105-153
QUEEN CREEK, AZ 85142

SWAIM, JEFF & KRISTIE
1627 RANCHO HILLS DRIVE
CHINO HILLS, CA 91709

THYSSENKRUPP ELEVATOR
PO BOX 933004
ATLANTA, GA 31193

ULERY, ROBERT & ANNETTE
3526 N. CITATION ROAD
LAKE HAVASU CITY, AZ 86404

UNISOURCE
PO BOX 80079
PRESCOTT, AZ 86304

PEGGY WEGNER
781 DONNER COURT
LAKE HAVASU CITY, AZ 86406

WITTE, SHERRY
3672 N. SWILICAN BRIDGE ROAD
LAKE HAVASU CITY, AZ 86404

VAN NATTA, MICHAEL & SHERI
1849 GLORIETTA LANE
LAKE HAVASU CITY, AZ 86404

WELLS FARGO BANK N.A.
PO BOX 51043
LOS ANGELES, CA 90051

LAUREN WOOD
2120 E. SKYLINE DRIVE
FLAGSTAFF, AZ 86004

MIKE VEDDER
1325 ANGLER PLACE
LAKE HAVASU CITY, AZ 86404

WEST COAST SAND & GRAVEL
PO BOX 5067
BUENA PARK, CA 90622

STEVE & DEBBIE WOODRUFF
5553 DEER CREEK LANE
RANCHO CUCAMONGA, CA 91737

MICHAEL & CONNIE VICTOR
10731 IRONSTONE CRT
REDMOND, OR 97756

WESTERN ALARM SERVICE
2029 W. ACOMA BLVD.
LAKE HAVASU CITY, AZ 86403

WOZNIAK, MICHAEL & KATHLEE
2333 ALPINE DRIVE
LAKE HAVASU CITY, AZ 86403

VISA
PO BOX 569100
DALLAS, TX 75356

WETZEL, LYNELL
3672 N. SWILICAN BRIDGE ROAD
LAKE HAVASU CITY, AZ 86404

BOB & JAMIE YOCKIN
329 W. MEADOW DRIVE
MECHANICSBURG, PA 17055

SUZANNE WALDRON
3260 LONGVIEW DR
LAKE HAVASU CITY, AZ 86406

PAUL & KRISTY WHELAN
3825 AMBERJACK BAY EAST
LAKE HAVASU CITY, AZ 86404

ZACHER, JEFF & VONNA
1929 E. TROON DRIVE
LAKE HAVASU CITY, AZ 86404

BRAD & ELIZABETH WARD
3351 THUNDERCLOUD
LAKE HAVASU CITY, AZ 86406

DAVID WILL
R R #2
LACOMBE, AB T4L 2N2
CANADA

JIM WASHBURN
1936 NORTH WILLOW GLEN PL.
STAR, ID 83669

NICOLE WILLIAMS
3415 S. PALO VERDE BLVD.
LAKE HAVASU CITY, AZ 86404

WASHBURN, JIM & CHRIS
1936 NORTH WILLOW GLEN PLACE
STAR, ID 83669

TOM & KIMBERLY WILSON
1833 E TROON DR
LAKE HAVASU CITY, AZ 86404

BRUCE & DEBORAH WEAVER
1422 ELECTRA BAY
LAKE HAVASU CITY, AZ 86404-2407

JOANNE WITEK
19758 BROMLEY LANE
HUNTINGTON BEACH, CA 92646

# United States Bankruptcy Court
## District of Arizona

In re    <u>Information Solutions, Inc. (d/b/a Refuge Golf & Country Club)</u>    Case No. _____

                       Debtor(s)    Chapter    <u>**11**</u> _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    <u>**Information Solutions, Inc. (d/b/a Refuge Golf & Country Club)**</u>    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 17, 2017** | **/s/ John R. Worth** |
| Date | **John R. Worth 012950** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Information Solutions, Inc. (d/b/a Refuge Golf & Country Club)** |
| | **Forrester & Worth, PLLC** |
| | **3636 N. Central Ave., Ste. 700** |
| | **Phoenix, AZ 85012-1927** |
| | **(602) 258-2729 Fax:(602) 271-4300** |
| | **jrw@forresterandworth.com** |